Hetronic Int'l v. Hetronic Germany et al.
Privilege Log 08/14/2017

| Date Sent | To | From | CC | Privilege Reason | Basis |
|---|---|---|---|---|---|
| 3/8/2007 10:57 | 'wittkopf@maiwald.de' | Evelyn Mayrboeck <e.mayrboeck@hydronic.co.at> | | email regarding legal services concerning trademark issues | AC |
| 3/8/2007 11:02 | Evelyn Mayrboeck <e.mayrboeck@hydronic.co.at> | Petra Wittkopf <Wittkopf@maiwald.eu> | Stephan Schneller <Schneller@maiwald.eu> | email regarding legal services and information regarding trademark issues | AC |
| 2/17/2009 19:23 | Helmut Kieser <helmut.kieser@hetronic.de> | Matthias Baier <m.baier@mtg-wpg.de> | Karl Ferstl <Karl.Ferstl@MTG-WPG.DE> | email and attachment regarding accounting information and advice related to financial and tax issues | AC |
| 4/7/2009 16:16 | Susanne.Leikam@Hetronic.de | Rupp@maiwald.eu | | Email regarding legal services performed concerning trademark issues | AC |
| 4/7/2009 16:28 | Nadine.Boerner@Hetronic.de | Rupp@maiwald.eu | | Email regarding legal services performed concerning trademark issues | AC |
| 6/3/2009 12:16 | Helmut Kieser <helmut.kieser@hetronic.de> | Matthias Baier <m.baier@mtg-wpg.de> | | email regarding accounting information and advice related to Hetronic Deutschland asset transfer including draft opinion of counsel concerning due diligence items | AC |
| 6/3/2009 14:13 | Philip Kochman <pjkochman@kdclaw.com> | Helmut Kieser <helmut.kieser@hetronic.de> | Max Heckl <Max@ampcontrolinc.com> | email regarding legal advice regarding Hetronic Deutschland Asset transfer | AC |
| 6/3/2009 14:36 | Reinhard Simherl <reinhard.simherl@hetronic.de> | Helmut Kieser <helmut.kieser@hetronic.de> | | email and attachments forwarding email from Kochman with KDC Law regarding legal advice concerning issues related to Hetronic Deutschland asset transfer | AC |
| 6/5/2009 10:00 | pjkochman@kdclaw.com | Matthias Baier <m.baier@mtg-wpg.de> | Max@ampcontrolinc.com; Helmut Kieser <helmut.kieser@hetronic.de> | email MTG to counsel regarding legal advice regarding issues related to Hetronic Deutschland asset transfer | AC |
| 6/19/2009 13:39 | Helmut Kieser <helmut.kieser@hetronic.de> | Matthias Baier <m.baier@mtg-wpg.de> | Nadine Boerner <Nadine.Boerner@Hetronic.de> | Email regarding accounting information and advice related to Hetronic Deutschland asset transfer. This email does not appear to contain any relevant information. | AC |
| 6/26/2009 18:14 | Helmut Kieser <helmut.kieser@hetronic.de> | Matthias Baier <m.baier@mtg-wpg.de> | Karl Ferstl <karl.ferstl@mtg-wpg.de> | Email providing legal advice regarding accounting information and advice related to Hetronic Deutschland asset transfer | AC |

00001

00002

00003

00004

1

EXHIBIT

6

Hetronic Int'l v. Hetronic Germany et al.
Privilege Log 08/14/2017

| | Date Sent | To | From | CC | Privilege Reason | Basis |
|---|---|---|---|---|---|---|
| **00005** | 7/2/2009 19:34 | Helmut Kieser <helmut.kieser@hetronic.de> | Matthias Baier <m.baier@mtg-wpg.de> | Nadine Boerner <Nadine.Boerner@Hetronic.de>; Karl Ferstl <karl.ferstl@mtg-wpg.de>; w.seethaler@mtg-wpg.de | Email from counsel requesting information for performance of legal services and regarding accounting information and advice related to Hetronic Deutschland asset transfer. Attachment is list of requested items from counsel. | AC |
| **00006** | 7/7/2009 18:27 | Helmut Kieser <helmut.kieser@hetronic.de> | Matthias Baier <m.baier@mtg-wpg.de> | | email regarding due dilligence information related to proposed Hetronic Deutschland asset transfer. | AC |
| | 7/7/2009 18:39 | Helmut Kieser <helmut.kieser@hetronic.de> | Matthias Baier <m.baier@mtg-wpg.de> | | email and attachment regarding accounting information and advice related to factoring and finance issues. The attachment details these issues. Neither the email nor the attachment appear to contain any relevant information. | AC |
| | 7/31/2009 15:00 | 'David Gaither' <dGaither@hspgcpas.com> | Matthias Baier <m.baier@mtg-wpg.de> | Helmut Kieser <helmut.kieser@hetronic.de>; Karl Ferstl <karl.ferstl@mtg-wpg.de>; w.seethaler@mtg-wpg.de | email regarding accounting information concerning provisionsal balance sheet and profit and loss statement related to Hetronic Deutschland asset transfer | AC |
| **00007** | 7/31/2009 16:30 | pjkochman@kdclaw.com | Matthias Baier <m.baier@mtg-wpg.de> | Helmut Kieser <helmut.kieser@hetronic.de>; Karl Ferstl <karl.ferstl@mtg-wpg.de>; w.seethaler@mtg-wpg.de | email regarding legal and accounting information and advice related to Hetronic Deutschland asset transfer | AC |
| | 9/4/2009 11:04 | Helmut Kieser <helmut.kieser@hetronic.de> | Matthias Baier <m.baier@mtg-wpg.de> | w.seethaler@mtg-wpg.de | Email regarding accounting information and advice related to interim balance sheet for 2009. | AC |
| | 10/13/2009 13:54 | Helmut Kieser <helmut.kieser@hetronic.de> | Matthias Baier <m.baier@mtg-wpg.de> | Karl Ferstl <Karl.Ferstl@MTG-WPG.de>; w.seethaler@mtg-wpg.de | Email regarding accounting information and advice related to tax issues concerning valuation of property. This email does not appear to contain relevant information. | AC |
| **00008** | 10/20/2009 10:06 | Helmut Kieser <helmut.kieser@hetronic.de> | Matthias Baier <m.baier@mtg-wpg.de> | Karl Ferstl <Karl.Ferstl@MTG-WPG.de> | Email chain requesting accounting information and advice from counsel. | AC |
| **00009** | 10/20/2009 11:19 | Helmut Kieser <helmut.kieser@hetronic.de> | Matthias Baier <m.baier@mtg-wpg.de> | | Email chain requesting accounting information and advice from counsel. | AC |

Hetronic Int'l v. Hetronic Germany et al.
Privilege Log 08/14/2017

| Date Sent | To | From | CC | Privilege Reason | Basis |
|---|---|---|---|---|---|
| 10/23/2009 16:11 | post@verkehrswert-gutachten.de; Helmut Kieser <helmut.kieser@hetronic.de> | Matthias Baier <m.baier@mtg-wpg.de> | | Email from counsel requesting accounting information necessary for provision of accounting services. This email does not appear to contain any relevant information. | AC |
| 10/29/2009 20:28 | Helmut Kieser <helmut.kieser@hetronic.de> | Matthias Baier <m.baier@mtg-wpg.de> | | email chain with client providing information concerning fiancial performance and testing for accounting services. This email does not appear to contain any relevant information. | AC |
| 10/30/2009 9:24 | Helmut Kieser <helmut.kieser@hetronic.de> | Matthias Baier <m.baier@mtg-wpg.de> | | email chain with client providing information concerning fiancial performance and testing for accounting services. This email does not appear to contain any relevant information. | AC |
| 11/3/2009 18:43 | Helmut Kieser <helmut.kieser@hetronic.de> | Matthias Baier <m.baier@mtg-wpg.de> | Karl Ferstl <Karl.Ferstl@MTG-WPG.de> | email chain regarding accounting information and advice provided by counsel relating to financial statements. Attachments detail work performed by counsel in this regard. | AC |
| 11/4/2009 9:19 | Nadine Boerner <Nadine.Boerner@Hetronic.de> | Matthias Baier <m.baier@mtg-wpg.de> | | email chain regarding accounting information and advice related to tax issues. This email does not appear to contain any relevant information. | AC |
| 11/4/2009 16:50 | Nadine Boerner <Nadine.Boerner@Hetronic.de> | Matthias Baier <m.baier@mtg-wpg.de> | | email chain regarding accounting information and advice related to tax issues. This email does not appear to contain any relevant information. | AC |
| 1/14/2010 10:26 | Helmut Kieser <helmut.kieser@hetronic.de> | Matthias Baier <m.baier@mtg-wpg.de> | Karl Ferstl <Karl.Ferstl@MTG-WPG.de>; m.neumeier@mtg-wpg.de | email chain regarding accounting information and advice related to Hetronic Deutschland asset transfer issues | AC |
| 1/15/2010 16:50 | Max Heckl <max@ampcontrolinc.com> | Matthias Baier <m.baier@mtg-wpg.de> | Helmut Kieser <helmut.kieser@hetronic.de>; Karl Ferstl <Karl.Ferstl@MTG-WPG.de> | Information provided by counsel concerning requested accounting information and advice regarding tax issues. This email and attachments do not appear to contain any relevant information. | AC |
| 3/4/2010 10:50 | 'm.pogacar@notar-braunau.at' | Fuchs Albert <albert.fuchs@utanet.at> | | Email forwarding accounting advice from Gittmaier regarding Hetronic Deutschland asset transfer and cereation of entities for such purpose. | AC |
| 3/5/2010 14:26 | Albert Fuchs <albert.fuchs@me.com> | Helmut Kieser <helmut.kieser@hetronic.de> | | Email regarding visit with Dr. Benz regarding advice for Deutschland asset transfer and creation of appropriate documentation for entity | AC |

00010

Hetronic Int'l v. Hetronic Germany et al.
Privilege Log 08/14/2017

| Date Sent | To | From | CC | Privilege Reason | Basis |
|---|---|---|---|---|---|
| 5/5/2010 12:38 | Helmut Kieser <helmut.kieser@hetronic.de> | Matthias Baier <m.baier@mtg-wpg.de> | | Email chain regarding accounting information and advice related new tax id following Hetronic Deutschland asset transfer | AC |
| 5/7/2010 18:09 | Helmut Kieser <helmut.kieser@hetronic.de> | Matthias Baier <m.baier@mtg-wpg.de> | Karl Ferstl <Karl.Ferstl@MTG-WPG.de>; c.buchner@mtg-wpg.de; m.neumeier@mtg-wpg.de | email chain regarding accounting information and legal advice related to Hetronic Deutschland post-asset transfer issues | AC |
| 5/20/2010 11:07 | Helmut Kieser <helmut.kieser@hetronic.de> | Matthias Baier <m.baier@mtg-wpg.de> | | Email regarding accounting information and advice following Hetronic Deutschland asset transfer concerning balance sheet entries. | AC |
| 5/21/2010 19:10 | albert.fuchs@utanet.at | Matthias Baier <m.baier@mtg-wpg.de> | Karl Ferstl <karl.ferstl@mtg-wpg.de> | Email regarding accounting information and advice following Hetronic Deutschland asset transfer | AC |
| 6/2/2010 12:26 | Helmut Kieser <helmut.kieser@hetronic.de> | Matthias Baier <m.baier@mtg-wpg.de> | Karl Ferstl <Karl.Ferstl@MTG-WPG.de> | email regarding accounting information and advice following Hetronic Deutschland asset transfer including work on annual financial statement and entries therefore. | AC |
| 6/9/2010 16:45 | markus.greinert@fgs.de | Matthias Baier <m.baier@mtg-wpg.de> | Max Heckl <max@ampcontrolinc.com>; Helmut Kieser <helmut.kieser@hetronic.de>; Karl Ferstl <Karl.Ferstl@MTG-WPG.de> | Email regarding accounting information and advice related to Hetronic Deutschland loans and interest for same. This email does not appear to contain any relevant informatino. | AC |
| 6/21/2010 12:40 | markus.greinert@fgs.de | Matthias Baier <m.baier@mtg-wpg.de> | Helmut Kieser <helmut.kieser@hetronic.de>; Karl Ferstl <Karl.Ferstl@MTG-WPG.de> | Email and attachments regarding advice and information concerning work on audit positions in annual financial statements of Hetronic Deutschland. This email does not appear to contain any relevant information. | AC |
| 7/1/2010 17:15 | Helmut Kieser <helmut.kieser@hetronic.de> | Matthias Baier <m.baier@mtg-wpg.de> | Karl Ferstl <karl.ferstl@mtg-wpg.de> | email and attachments regarding accounting advice related to annual financial statement and draft management report of Hetronic Deutschland. This email does not appear to contain any relevant information. | AC |
| 7/2/2010 16:22 | albert.fuchs@utanet.at | Matthias Baier <m.baier@mtg-wpg.de> | Helmut Kieser <helmut.kieser@hetronic.de>; Karl Ferstl <karl.ferstl@mtg-wpg.de> | Email and attachments regarding accounting advice related annual financial statements after asset transfer to Hetronic Germany | AC |

Hetronic Int'l v. Hetronic Germany et al.
Privilege Log 08/14/2017

| Date Sent | To | From | CC | Privilege Reason | Basis |
|---|---|---|---|---|---|
| 7/9/2010 12:34 | Helmut Kieser <helmut.kieser@hetronic.de> | Claudia Buchner <C.Buchner@MTG-WPG.de> | Matthias Baier <m.baier@mtg-wpg.de> | email and attachments regarding accounting advice related to Hetronic Deutschland including interim financial statements. This email and attachments do not appear to contain any relevant information. | AC |
| 7/14/2010 15:37 | markus.greinert@fgs.de | Matthias Baier <m.baier@mtg-wpg.de> | Helmut Kieser <helmut.kieser@hetronic.de>; Karl Ferstl <karl.ferstl@mtg-wpg.de> | Email requesting and providing accounting information and advice concerning financing following transfer of assets by Hetronic Deutschland. | AC |
| 7/22/2010 10:16 | albert.fuchs@me.com | Daniela Koller <daniela.koller@hetronic.at> | | Email and attachment discussing accounting advice from Mr. Baier, with MTG concerning annual financial statements. The referenced attachment relates to such annual financial statements. | AC |
| 7/22/2010 11:39 | helmut.kieser@hetronic.de | Albert Fuchs <albert.fuchs@me.com> | | Email chain with attachment forwarding email from Mr. Baier regarding accounting information and advice related to issues concerning Hetronic Deutschland asset transfer | AC |
| 7/22/2010 18:47 | Helmut Kieser <helmut.kieser@hetronic.de> | Matthias Baier <m.baier@mtg-wpg.de> | Karl Ferstl <karl.ferstl@mtg-wpg.de> | Email providing accounting information and advice related to profit and loss statement and factoring issues following transfer from Hetronic Deutschland | AC |
| 7/24/2010 10:10 | 'Evelyn Mayrböck' <evelyn.mayrboeck@hetronic.at> | Albert Fuchs <albert.fuchs@me.com> | | Email chain with attachment from Mr. Baier regarding accounting advice related to annual financial statement following Hetronic Deutschland asset transfer | AC |
| 7/26/2010 14:08 | Helmut Kieser <helmut.kieser@hetronic.de> | Matthias Baier <m.baier@mtg-wpg.de> | Karl Ferstl <karl.ferstl@mtg-wpg.de> | email providing accounting information and advice related to financial statements following transfer of assets from Hetronic Deutschland. This email does not appear to contain any relevant information. | AC |
| 7/28/2010 12:42 | Helmut Kieser <helmut.kieser@hetronic.de> | Matthias Baier <m.baier@mtg-wpg.de> | Karl Ferstl <Karl.Ferstl@MTG-WPG.de> | email providing accounting information related to financial statements following transfer of assets from Hetronic Deutschland. This email does not appear to contain any relevant information. | AC |
| 7/28/2010 20:59 | Helmut Kieser <helmut.kieser@hetronic.de> | Matthias Baier <m.baier@mtg-wpg.de> | Karl Ferstl <Karl.Ferstl@MTG-WPG.de> | Email providing accounting information and advice concerning financial statements following transfer of assets from Hetronic Deutschland | AC |

Hetronic Int'l v. Hetronic Germany et al.
Privilege Log 08/14/2017

| Date Sent | To | From | CC | Privilege Reason | Basis |
|---|---|---|---|---|---|
| 7/30/2010 11:05 | Daniela Koller <daniela.koller@hetronic.at> | Matthias Baier <m.baier@mtg-wpg.de> | Helmut Kieser <helmut.kieser@hetronic.de>; albert.fuchs@utanet.at; Karl Ferstl <Karl.Ferstl@MTG-WPG.De> | email providing accounting information and advice related to obligation to fund "leave" payment to Mr. Kieser following asset transfer.  This email does not appear to contain any relevant information. | AC |
| 8/6/2010 11:36 | Karl Ferstl <karl.ferstl@mtg-wpg.de>; Mathias Baier <m.baier@mtg-wpg.de> | Helmut Kieser <helmut.kieser@hetronic.de> | Albert Fuchs <albert.fuchs@utanet.at> | email regarding accounting information and advice related to costs of accounting services following transfer of assets from Hetronic Deutschland.  This email does not appear to contain any relevant information. | AC |
| 8/12/2010 | Gittmaier Georg' <georg.gittmaier@gittmaier.eu> | Evelyn Mayrb?ck <evelyn.mayrboeck@hetronic.at> | | Email to Gittmaier regarding accounting advice related to Hetronic Deutschland asset transfer and other financial issues | AC |
| 8/18/2010 | Daniela Koller' <daniela.koller@hetronic.at> | Evelyn Mayrb?ck <evelyn.mayrboeck@hetronic.at> | | Email forwarding email from Gittmaier regarding accounting advice related to Hetronoic Deutschland asset transfer and other financial issues | AC |
| 8/18/2010 21:21 | 'Daniela Koller' <daniela.koller@hetronic.at> | Fuchs Albert <albert.fuchs@utanet.at> | | email forwarding email from Mr. Baier regarding accounting information and discussing costs of accounting services following asset transfer from Hetronic Deutschland. | AC |
| 8/19/2010 13:07 | Daniela Koller <daniela.koller@hetronic.at> | Matthias Baier <m.baier@mtg-wpg.de> | Albert Fuchs <albert.fuchs@utanet.at>; Helmut Kieser <helmut.kieser@hetronic.de>; Karl Ferstl <karl.ferstl@mtg-wpg.de> | email requesting accounting information and legal advice related to a variety of operational and potential tax issues following asset transfer from Hetronic Deutshland. | AC |
| 8/19/2010 13:07 | Daniela Koller <daniela.koller@hetronic.at> | Matthias Baier <m.baier@mtg-wpg.de> | Albert Fuchs <albert.fuchs@utanet.at>; Helmut Kieser <helmut.kieser@hetronic.de>; Karl Ferstl <karl.ferstl@mtg-wpg.de> | email providing accounting information and legal advice related to a variety of operational and potential tax issues following asset transfer from Hetronic Deutshland. | AC |
| 8/26/2010 20:04 | Helmut Kieser <helmut.kieser@hetronic.de> | Matthias Baier <m.baier@mtg-wpg.de> | Karl Ferstl <Karl.Ferstl@MTG-WPG.De>; c.buchner@mtg-wpg.de | email providing accoutning information and legal advise concerning financial accounting issues following asset transfer from H-D. | AC |

Hetronic Int'l v. Hetronic Germany et al.
Privilege Log 08/14/2017

| Date Sent | To | From | CC | Privilege Reason | Basis |
|---|---|---|---|---|---|
| 8/31/2010 13:09 | Helmut Kieser <helmut.kieser@hetronic.de> | Matthias Baier <m.baier@mtg-wpg.de> | Karl Ferstl <Karl.Ferstl@MTG-wpg.de>; c.buchner@mtg-wpg.de | email accounting information and advice related to currency issues and plan for ongoing accounting services following asset transfer from H-D. | AC |
| 9/3/2010 11:23 | Helmut Kieser <helmut.kieser@hetronic.de> | Karl Ferstl <karl.ferstl@mtg-wpg.de> | Mathias Baier <m.baier@mtg-wpg.de>; Albert Fuchs <albert.fuchs@me.com> | email providing accounting information and legal advice concerning employment status.  This email does not appear to contain any relevant information. | AC |
| 9/8/2010 19:02 | Helmut Kieser <helmut.kieser@hetronic.de> | Matthias Baier <m.baier@mtg-wpg.de> | Karl Ferstl <Karl.Ferstl@MTG-WPG.de> | email providing accounting informatin and advice concerning financials.  This email does not appear to contain any relevant information. | AC |
| 9/9/2010 14:11 | Helmut Kieser <helmut.kieser@hetronic.de> | Matthias Baier <m.baier@mtg-wpg.de> | | email providing accounting information and advice related to loans and interest.  This email does not appear to contain any relevant information. | AC |
| 9/23/2010 8:10 | 'Karl Ferstl' <Karl.Ferstl@MTG-WPG.de>; 'Matthias Baier' <m.baier@mtg-wpg.de> | Eva Steidl <Eva.Steidl@Hetronic.de> | albert.fuchs@me.com | Email providing information to accountant and counsel regarding payments for the asset transfer from H-D.  The referenced attachment is the agreement concerning same and has been produced. | AC |
| 9/23/2010 11:02 | Helmut Kieser <helmut.kieser@hetronic.de>; Eva Steidl <eva.steidl@hetronic.de>; Albert Fuchs <albert.fuchs@me.com> | Karl Ferstl <karl.ferstl@mtg-wpg.de> | | Email from Ferstl with MTG confirrming provision of documents to tax authority, including payment agreement for H-D assets as referenced in previous entry. | AC |
| 9/23/2010 11:02 | Helmut Kieser <helmut.kieser@hetronic.de>; Eva Steidl <Eva.Steidl@Hetronic.de>; Albert Fuchs <albert.fuchs@me.com> | Karl Ferstl <karl.ferstl@mtg-wpg.de> | | Email from Ferstl with MTG confirrming provision of documents to tax authority, including payment agreement for H-D assets as referenced in previous 2 entries. | AC |

Hetronic Int'l v. Hetronic Germany et al.
Privilege Log 08/14/2017

| | Date Sent | To | From | CC | Privilege Reason | Basis |
|---|---|---|---|---|---|---|
| | 11/22/2010 16:44 | Eva Steidl <eva.steidl@hetronic.de> | Claudia Buchner <C.Buchner@MTG-WPG.de> | Karl Ferstl <karl.ferstl@mtg-wpg.de>; Matthias Baier <m.baier@mtg-wpg.de> | email accounting information and advice related to currency issues and plan for ongoing accounting services following asset transfer from H-D. | AC |
| 00011 | 7/26/2011 | Albert Fuchs <albert.fuchs@me.com> | Daniela Koller <daniela.koller@hetronic.at> | Evelyn Mayrb?ck <evelyn.mayrboeck@hetronic.at> | Email and attachment forwarded from Maiwald regarding legal advice concerning trademark issues that have been raised in the lawsuit | AC |
| 00012 | 7/26/2011 14:42 | daniela.koller@hetronic.at | Wittkopf@maiwald.eu | Schneller@maiwald.eu | email and attachment from Maiwald regarding legal advice concerning trademark ownership issues.  Attachment concerns same trademark issues raised in counsel's email. | AC |
| 00013 | 7/26/2011 14:49 | Albert Fuchs <albert.fuchs@me.com> | Daniela Koller <daniela.koller@hetronic.at> | Evelyn Mayrböck <evelyn.mayrboeck@hetronic.at> | email forwarding email and attachment from Maiwald concerning trademark ownership issues.  Again, the attachment concerns same trademark issues raised in counsel's email. | AC |
| 00014 | 7/27/2011 8:23 | Daniela Koller <d.koller@hydronic.co.at> | Albert Fuchs <albert.fuchs@me.com> | | Mr. Fuchs forwarding email to Ms. Koller with attachment referenced in prior entry concerning trademark | AC |
| 00015 | 9/26/2011 12:53 | Albert Fuchs <albert.fuchs@me.com> | Daniela Koller <daniela.koller@hetronic.at> | | Email and attachment regarding draft agreements concerning Distribution and Licence Agreements.  Previously, it was thought that the agreements were drafted by MTG, but they were not.  These agreements have already been produced. | AC |
| 00016 | 12/15/2011 | Evelyn Mayrb?ck (evelyn.mayrboeck@hetronic.at) | Daniela Koller <daniela.koller@hetronic.at> | | Email between represenatives of client forwaring email from counsel concerning legal advice concerning Distribution Agreement. | AC |
| | 12/15/2011 | Evelyn Mayrb?ck <evelyn.mayrboeck@hetronic.at> | Daniela Koller <daniela.koller@hetronic.at> | | This email is a duplicate of the previous entry. | AC |
| 00017 | 12/21/2011 | Albert Fuchs (albert.fuchs@me.com) | Daniela Koller <daniela.koller@hetronic.at> | | Email summarizing meeting with Alexander Rappl, with MTG, regarding  legal advice related to Distribution Agreement | AC |

Hetronic Int'l v. Hetronic Germany et al.
Privilege Log 08/14/2017

| | Date Sent | To | From | CC | Privilege Reason | Basis |
|---|---|---|---|---|---|---|
| **00018** | 12/21/2011 11:04 | Albert Fuchs <albert.fuchs@me.com> | Daniela Koller <daniela.koller@hetronic.at> | | Email regarding meeting with Baier and Rappl with MTG regarding level advice concerning Distribution Agreement and issues regarding same that have been raised in the lawsuit | AC |
| **00019** | 1/19/2012 18:43 | 'daniela.koller@hetronic.at' | Rappl, Alexander <Alexander.Rappl@mtg-group.de> | Baier, Matthias <Matthias.Baier@mtg-group.de> | Email from counsel forwarding email from Rappl with MTG regarding legal advice concerning Distribution Agreement and issues regarding same that have been raised in the lawsuit | AC |
| **00020** | 1/24/2012 11:15 | 'daniela.koller@hetronic.at' | Rappl, Alexander <Alexander.Rappl@mtg-group.de> | Baier, Matthias <Matthias.Baier@mtg-group.de> | email from counsel containing legal advice with attachment regarding  Distribution Agreement. | AC |
| **00021** | 2/1/2012 | Albert Fuchs <albert.fuchs@me.com> | Daniela Koller <daniela.koller@hetronic.at> | Evelyn Mayrb?ck <evelyn.mayrboeck@hetronic.at> | Email forwarding email from Alexander Rappl, with MTG regarding legal advice concerning distribution agreement and meeting with Mr. Rempe. | AC |
| **00022** | 2/24/2012 12:16 | 'Rappl, Alexander' <Alexander.Rappl@mtg-group.de> | Daniela Koller <daniela.koller@hetronic.at> | | email requesting legal advice concerning Distribution Agreement and issues that have been raised in the lawsuit | AC |
| **00023** | 2/28/2012 17:19 | 'Daniela Koller' <daniela.koller@hetronic.at> | Rappl, Alexander <Alexander.Rappl@mtg-group.de> | Baier, Matthias <Matthias.Baier@mtg-group.de> | email from counsel providing legal advice at the request of client concerning the Distribution Agreement. | AC |

Hetronic Int'l v. Hetronic Germany et al.
Privilege Log 08/14/2017

| | Date Sent | To | From | CC | Privilege Reason | Basis |
|---|---|---|---|---|---|---|
| 00024 | 3/13/2012 14:58 | Eva Steidl <eva.steidl@hetronic.de> | Buchner, Claudia <Claudia.Buchner@mtg-group.de> | Baier, Matthias <Matthias.Baier@mtg-group.de> | email from MTG containing financial information concerning annual report with a copy of annual report attached. | AC |
| | 3/27/2012 | Fuchs Albert <albert.fuchs@utanet.at> | Daniela Koller <daniela.koller@hetronic.at> | | Email forwarding email and attachments from Alexander Rappl, with MTG, concerning agreements and issues that have been raised in the lawsuit | AC |
| 00025 | 3/27/2012 10:37 | Fuchs Albert <albert.fuchs@utanet.at> | Daniela Koller <daniela.koller@hetronic.at> | | Email forwarding email and attachments from Alexander Rappl, with MTG, concerning Distribution Agreement and License Agreement. | AC |
| 00026 | 4/5/2012 | Evelyn Mayrb?ck <evelyn.mayrboeck@hetronic.at> | Daniela Koller <daniela.koller@hetronic.at> | | Email between representatives of the client forwarding email and attachments from Alexander Rappl, with MTG, concerning Distribution Agreement. | AC |
| 00027 | 4/5/2012 9:30 | 'alexander.' <rappl@mtg-group.de> | Evelyn Mayrböck <evelyn.mayrboeck@hetronic.at> | daniela.koller@hetronic.at | email requesting legal advice from Alexander Rappl, with MTG, concerning Distribution Agreement and draft notice concerning same. | AC |
| 00028 | 4/5/2012 9:30 | 'alexander.' <rappl@mtg-group.de> | Evelyn Mayrböck <evelyn.mayrboeck@hetronic.at> | Daniela Koller <daniela.koller@hetronic.at> (daniela.koller@hetronic.at) | email requesting legal advice from Alexander Rappl, with MTG, concerning Distribution Agreement and draft notice concerning same. | AC |
| 00029 | 4/5/2012 10:46 | Albert Fuchs <albert.fuchs@me.com> | Evelyn Mayrböck <evelyn.mayrboeck@hetronic.at> | daniela.koller@hetronic.at | Email forwarding information and attachments from Rappl, with MTG, regarding legal advice concerning Distribution Agreement. This email also includes, as attachments, additional agreements that have been produced in this lawsuit. | AC |
| 00030 | 4/12/2012 15:55 | 'Evelyn Mayrböck' <evelyn.mayrboeck@hetronic.at> | Rappl, Alexander <Alexander.Rappl@mtg-group.de> | Baier, Matthias <matthias.baier@mtg-consulting.de> | Email from Rappl providing legal advice concerning concerning Distribution Agreement and draft notice concerning same. | AC |

Hetronic Int'l v. Hetronic Germany et al.
Privilege Log 08/14/2017

| | Date Sent | To | From | CC | Privilege Reason | Basis |
|---|---|---|---|---|---|---|
| **00031** | 4/12/2012 21:26 | Albert Fuchs <albert.fuchs@me.com> | Evelyn Mayrböck <evelyn.mayrboeck@hetronic.at> | daniela.koller@hetronic.at | Email forwarding email and attachments from Rappl, with MTG, regarding Distribution Agreement and draft notice concerning same. | AC |
| **00032** | 4/27/2012 9:56 | 'Rappl, Alexander' <Alexander.Rappl@mtg-group.de> | Evelyn Mayrböck <evelyn.mayrboeck@hetronic.at> | | Email providing information to counsel for the provision of legal services relating to Distribution Agreement. | AC |
| **00033** | 4/27/2012 15:46 | 'Evelyn Mayrböck' <evelyn.mayrboeck@hetronic.at> | Rappl, Alexander <Alexander.Rappl@mtg-group.de> | Baier, Matthias <Matthias.Baier@mtg-group.de> | Email from counsel providing legal advice concerning Distribution Agreement and issues that have been raised in the lawsuit | AC |
| **00034** | 6/12/2012 | Rappl, Alexander <Alexander.Rappl@mtg-group.de> | Daniela Koller <daniela.koller@hetronic.at> | Fuchs Albert <albert.fuchs@utanet.at> | Email regarding regarding legal advice concerning agreements and issues that have been raised in the lawsuit | AC |
| **00035** | 6/12/2012 16:24 | 'Rappl, Alexander' <Alexander.Rappl@mtg-group.de> | Daniela Koller <daniela.koller@hetronic.at> | Fuchs Albert <albert.fuchs@utanet.at> | email seeking legal advice concerning Distribution Agreement and License Agreement. | AC |

Hetronic Int'l v. Hetronic Germany et al.
Privilege Log 08/14/2017

| | Date Sent | To | From | CC | Privilege Reason | Basis |
|---|---|---|---|---|---|---|
| 00036 | 6/15/2012 15:23 | 'Daniela Koller' <daniela.koller@hetronic.at> | Rappl, Alexander <Alexander.Rappl@mtg-group.de> | 'albert.fuchs@utanet.at'; "Baier, Matthias" <Matthias.Baier@mtg-group.de> | Email regarding legal advice concerning Distribution Agreement, License Agreement, and R&D Agreement. | AC |
| 00037 | 6/26/2012 | Evelyn Mayrb?ck (evelyn.mayrboeck@hetronic.at) | Daniela Hammerer <daniela.hammerer@hetronic.at> | | Email between representatives of the client forwarding email from Alexander Rappl, with MTG, regarding issues concerning Distribution Agreement. | AC |
| | 6/26/2012 | Evelyn Mayrb?ck <evelyn.mayrboeck@hetronic.at> | Daniela Hammerer <daniela.hammerer@hetronic.at> | | This email is a duplicate of the previous entry. | AC |
| 00038 | 8/28/2012 | Rappl, Alexander <Alexander.Rappl@mtg-group.de> | Daniela Hammerer <daniela.hammerer@hetronic.at> | Matthias Baier (m.baier@mtg-wpg.de) | Email regarding legal advice concerning R&D Agreement and Distribution Agreement and  and issues that have been raised in the lawsuit | AC |
| 00039 | 8/28/2012 12:55 | 'Rappl, Alexander' <Alexander.Rappl@mtg-group.de> | Daniela Hammerer <daniela.hammerer@hetronic.at> | Matthias Baier (m.baier@mtg-wpg.de) | email seeking legal advice concerning concerning R&D Agreement, Distribution Agreement, and License Agreement  and issues that have been raised in the lawsuit | AC |

Hetronic Int'l v. Hetronic Germany et al.
Privilege Log 08/14/2017

| | Date Sent | To | From | CC | Privilege Reason | Basis |
|---|---|---|---|---|---|---|
| 00040 | | | | | | |
| | 8/28/2012 17:03 | 'Daniela Hammerer' <daniela.hammerer@hetronic .at> | Rappl, Alexander <Alexander.Rappl@mtg-group.de> | Baier, Matthias <Matthias.Baier@mtg-group.de> | email seeking and providing legal advice concerning concerning R&D Agreement, Distribution Agreement, and License Agreement and issues that have been raised in the lawsuit | AC |
| 00041 | 8/29/2012 | Rappl, Alexander <Alexander.Rappl@mtg-group.de> | Daniela Hammerer <daniela.hammerer@hetronic .at> | | Email regarding legal advice concerning Distribution Agreement and issues that have been raised in the lawsuit | AC |
| 00042 | | | | | | |
| | 8/29/2012 7:56 | 'Rappl, Alexander' <Alexander.Rappl@mtg-group.de> | Daniela Hammerer <daniela.hammerer@hetronic .at> | | Email regarding legal advice concerning Distribution Agreement and issues that have been raised in the lawsuit | AC |
| 00043 | 8/30/2012 | Fuchs Albert <albert.fuchs@utanet.at> | Daniela Hammerer <daniela.hammerer@hetronic .at> | | Email forwarding email from Alexander Rappl, with MTG, regarding Distribution Agreement and issues that have been raised in the lawsuit | AC |

Hetronic Int'l v. Hetronic Germany et al.
Privilege Log 08/14/2017

| | Date Sent | To | From | CC | Privilege Reason | Basis |
|---|---|---|---|---|---|---|
| **00044** | | | | | | |
| | 8/30/2012 8:52 | Fuchs Albert <albert.fuchs@utanet.at> | Daniela Hammerer <daniela.hammerer@hetronic.at> | | Email forwarding email from Rappl, with MTG, regarding legal advice concerning agreements and issues that have been raised in the lawsuit | AC |
| | 8/31/2012 | Fuchs Albert <albert.fuchs@utanet.at> | Daniela Hammerer <daniela.hammerer@hetronic.at> | | Email forwarding email from Rappl, with MTG, regarding legal advice  concerning Distribution Agreement and issues that have been raised in the lawsuit | AC |
| **00045** | | | | | | |
| | 8/31/2012 15:41 | 'Daniela Hammerer' <daniela.hammerer@hetronic.at> | Rappl, Alexander <Alexander.Rappl@mtg-group.de> | Baier, Matthias <Matthias.Baier@mtg-group.de> | email regarding legal advice concerning Distribution Agreement and issues that have been raised in the lawsuit | AC |
| **00046** | | | | | | |
| | 8/31/2012 18:20 | Fuchs Albert <albert.fuchs@utanet.at> | Daniela Hammerer <daniela.hammerer@hetronic.at> | | Email between representatives of the client  concerning email from Rappl, with MTG, regarding legal advice concerning Distribution Agreement. | AC |

Hetronic Int'l v. Hetronic Germany et al.
Privilege Log 08/14/2017

| Date Sent | To | From | CC | Privilege Reason | Basis |
|---|---|---|---|---|---|
| 8/31/2012 18:20 | Fuchs Albert <albert.fuchs@utanet.at> | Daniela Hammerer <daniela.hammerer@hetronic.at> | | This email is a duplicate of the previous entry. | AC |
| 9/11/2012 11:50 | Albert Fuchs <albert.fuchs@utanet.at>; Daniela Hammerer <daniela.hammerer@hetronic.at> | Evelyn MayrbÃ¶ck <evelyn.mayrboeck@hetronic.at> | | Email forwarding memo from Gittmaier regarding financial and legal advice related and issues concerning tax issues. This email does not appear to contain relevant information. | AC |
| 9/17/2012 11:54 | Eva Steidl <eva.steidl@hetronic.de> | Baier, Matthias <Matthias.Baier@mtg-group.de> | | email and attachment with annual financial report together with accounting information and advice and planning. | AC |
| 4/15/2013 13:40 | Sabine Sohr <sabine.sohr@hetronic.de> | Stamm, Claudia <claudia.stamm@mtg-group.de> | Baier, Matthias <Matthias.Baier@mtg-group.de>; Eva Olipitz <eva.olipitz@hetronic.de> | email regarding accounting information and annual finanancial report and assets. This email does not appear to contain relevant information. | AC |
| 6/10/2013 17:35 | Eva Olipitz <eva.olipitz@hetronic.de> | Baier, Matthias <Matthias.Baier@mtg-group.de> | GschlÃ¶ÃŸl, Sabine <Sabine.Gschloessl@mtg-group.de> | email and attachment providing financial information and advice related to asset transfer and related tax issues, together with information concerning interest rates on purchase price payments to Mr. Heckl. | AC |
| 12/3/2013 | alexander.rappl@mtg-group.de | Evelyn Mayrb?ck <evelyn.mayrboeck@hetronic.at> | Albert Fuchs (albert.fuchs@utanet.at) Daniela Hammerer (daniela.hammerer@hetronic.at) | Email and attachment regarding legal advice concerning trademark issues that have been raised in the lawsuit | AC |
| 12/3/2013 11:43 | alexander.rappl@mtg-group.de | Evelyn MayrbÃ¶ck <evelyn.mayrboeck@hetronic.at> | Albert Fuchs <albert.fuchs@utanet.at>; Daniela Hammerer <daniela.hammerer@hetronic.at> | Email seeking advice concerning trademark issues. The attachment to this email contains information related to said trademark issues and has otherwise been produced in this lawsuit. | AC |

Hetronic Int'l v. Hetronic Germany et al.
Privilege Log 08/14/2017

| | Date Sent | To | From | CC | Privilege Reason | Basis |
|---|---|---|---|---|---|---|
| **00047** | 12/4/2013 | Rappl, Alexander' <Alexander.Rappl@mtg-group.de> | Evelyn Mayrb?ck <evelyn.mayrboeck@hetronic.at> | Baier, Matthias' <Matthias.Baier@mtg-group.de> Albert Fuchs (albert.fuchs@utanet.at) | Email regarding legal advice concerning trademark issues that have been raised in the lawsuit. The attachment to this email contains information related to said trademark issues and has been produced. | AC |
| | 12/4/2013 | maiwald@maiwald.eu' | Evelyn Mayrb?ck <evelyn.mayrboeck@hetronic.at> | Albert Fuchs (albert.fuchs@utanet.at) Daniela Hammerer (daniela.hammerer@hetronic.at) | Email and attachment regarding legal advice concerning agreements, asset transfers and issues that have been raised in the lawsuit | AC |
| | 12/4/2013 | alexander.rappl@mtg-group.de | Evelyn Mayrb?ck <evelyn.mayrboeck@hetronic.at> | Albert Fuchs (albert.fuchs@utanet.at) | Email to counsel seeking legal advice concerning trademark issues that have been raised in the lawsuit. | AC |
| **00048** | 12/4/2013 | evelyn.mayrboeck@hetronic.at | Maiwald@maiwald.eu | albert.fuchs@utanet.at daniela.hammerer@hetronic.at | Email from Maiwald regarding legal advice concerning transactions and issues that have been raised in the lawsuit | AC |
| **00049** | 12/4/2013 | Evelyn Mayrb?ck' <evelyn.mayrboeck@hetronic.at> | Rappl, Alexander <Alexander.Rappl@mtg-group.de> | Baier, Matthias <Matthias.Baier@mtg-group.de> | Email from Maiwald regarding legal advice concerning agreements, asset transfers and issues that have been raised in the lawsuit | AC |
| | 12/4/2013 11:26 | 'maiwald@maiwald.eu' | Evelyn MayrbÄ¶ck <evelyn.mayrboeck@hetronic.at> | Albert Fuchs (albert.fuchs@utanet.at); Daniela Hammerer (daniela.hammerer@hetronic.at) | Email seeking advice concerning trademark issues. The attachment to this email contains information related to said trademark issues and has otherwise been produced in this lawsuit. | AC. |

Hetronic Int'l v. Hetronic Germany et al.
Privilege Log 08/14/2017

| Date Sent | To | From | CC | Privilege Reason | Basis |
|---|---|---|---|---|---|
| 12/4/2013 11:31 | 'Evelyn MayrbÃ¶ck' <evelyn.mayrboeck@hetronic. at> | Rappl, Alexander <Alexander.Rappl@mtg-group.de> | Baier, Matthias <Matthias.Baier@mtg-group.de> | Email regarding legal advice concerning trademark issues that have been raised in the lawsuit | AC |
| 12/4/2013 11:34 | 'Rappl, Alexander' <Alexander.Rappl@mtg-group.de> | Evelyn MayrbÃ¶ck <evelyn.mayrboeck@hetronic .at> | 'Baier, Matthias' <Matthias.Baier@mtg-group.de>; Albert Fuchs (albert.fuchs@utanet.at) | Email confirming provision of legal advice regarding trademark issues that have been raised in the lawsuit. | AC |
| 12/4/2013 12:03 | evelyn.mayrboeck@hetronic.a t | Maiwald@maiwald.eu | albert.fuchs@utanet.at; daniela.hammerer@hetronic. at | Email regarding legal advice concerning trademark issues that have been raised in the lawsuit | AC |
| 12/5/2013 18:40 | Albert Fuchs <albert.fuchs@utanet.at> | Baier, Matthias <Matthias.Baier@mtg-group.de> | Rittmann, Marc <Marc.Rittmann@mtg-group.de> | Email regarding legal and tax advice concerning business structures and possible new business. | AC |
| 12/16/2013 | evelyn.mayrboeck@hetronic.a t | Maiwald@maiwald.eu | albert.fuchs@utanet.at daniela.hammerer@hetronic. at | Email from Maiwald regarding legal advice concerning transactions and issues that have been raised in the lawsuit | AC |
| 12/16/2013 12:40 | evelyn.mayrboeck@hetronic.a t | Maiwald@maiwald.eu | albert.fuchs@utanet.at; daniela.hammerer@hetronic. at | Emails regarding legal advice requested and provided related to trademark issues that have been raised in the lawsuit | AC |
| 12/17/2013 | Maiwald@maiwald.eu' | Evelyn Mayrb?ck <evelyn.mayrboeck@hetronic .at> | albert.fuchs@utanet.at' Daniela Hammerer <Daniela.Hammerer@hetroni c.at> | Email to Maiwald regarding legal advice concerning trademark advice concerning issues that have been raised in the lawsuit | AC |

00050

Hetronic Int'l v. Hetronic Germany et al.
Privilege Log 08/14/2017

| Date Sent | To | From | CC | Privilege Reason | Basis |
|---|---|---|---|---|---|
| 12/17/2013 13:02 | 'albert.fuchs@utanet.at' | Reimer Bulling <Reimer.Bulling@hetronic.de> | | Email forwarding email and attachments from Maiwald lawyers regarding legal advice concerning trademark issues raised in the lawsuit. Attachments include assignment of trademarks and power of attorney. | AC |
| 12/17/2013 13:03 | 'albert.fuchs@utanet.at' | Reimer Bulling <Reimer.Bulling@hetronic.de> | | Email forwarding email and attachments from Maiwald lawyers regarding legal advice concerning trademark raised in the lawsuit. Attachments include power of attroney. | AC |
| 12/18/2013 | evelyn.mayrboeck@hetronic.at | nhpost@maiwald.eu | | Email and attachment from Maiwald regarding legal advice concerning transactions and issues that have been raised in the lawsuit | AC |
| 12/18/2013 14:09 | evelyn.mayrboeck@hetronic.at | nhpost@maiwald.eu | | Email and attachment from Maiwald regarding legal advice concerning trademark issues that have been raised in the lawsuit. Attachment includes draft assignment. | AC |
| 12/19/2013 | Albert Fuchs (albert.fuchs@utanet.at) | Evelyn Mayrb?ck <evelyn.mayrboeck@hetronic.at> | | Email forwarding email and attachment from Maiwald lawyers regarding legal advice concerning trademark and issues that have been raised in the lawsuit | AC |
| 12/19/2013 8:46 | Albert Fuchs <albert.fuchs@utanet.at> | Evelyn MayrbÃ¶ck <evelyn.mayrboeck@hetronic.at> | | Email forwarding email from Maiwald lawyers regarding legal advice concerning trademark issues that have been raised in the lawsuit. Attachment includes draft assignment. | AC |
| 1/13/2014 | Evelyn Mayrb?ck (evelyn.mayrboeck@hetronic.at) | Daniela Hammerer </O=HETRONIC CENTRAL EASTERN EUROPE GMBH/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DANIELA KOLLER7EA> | | Email forwarding email from Maiwald lawyers regarding legal advice concerning trademark issues that have been raised in the lawsuit | AC |
| 1/13/2014 | Evelyn Mayrb?ck <Evelyn.Mayrboeck@hetronic.at> | Daniela Hammerer <Daniela.Hammerer@hetronic.at> | | Email forwarding email from Maiwald lawyers regarding legal advice concerning trademark issues that have been raised in the lawsuit | AC |
| 1/13/2014 | evelyn.mayrboeck@hetronic.at | Maiwald@maiwald.eu | albert.fuchs@utanet.at Daniela.Hammerer@hetronic.at k.bauer@maiwald.eu | Email from Maiwald lawyers regarding legal advice concerning trademark issues that have been raised in the lawsuit | AC |
| 1/13/2014 | Maiwald@maiwald.eu' | Evelyn Mayrb?ck <evelyn.mayrboeck@hetronic.at> | albert.fuchs@utanet.at' Daniela Hammerer <Daniela.Hammerer@hetronic.at> | Email forwarding email from Maiwald lawyers regarding legal advice concerning trademark issues that have been raised in the lawsuit | AC |

00051

Hetronic Int'l v. Hetronic Germany et al.
Privilege Log 08/14/2017

| | Date Sent | To | From | CC | Privilege Reason | Basis |
|---|---|---|---|---|---|---|
| 00052 | 1/13/2014 10:45 | 'Maiwald@maiwald.eu' | Evelyn MayrbÃ¶ck <evelyn.mayrboeck@hetronic.at> | 'albert.fuchs@utanet.at'; Daniela Hammerer <Daniela.Hammerer@hetronic.at> | Email regarding legal advice concerning trademark issues that have been raised in the lawsuit | AC |
| | 1/14/2014 | Albert Fuchs (albert.fuchs@utanet.at) | Evelyn Mayrb?ck <evelyn.mayrboeck@hetronic.at> | | Email forwarding email from Maiwald lawyers regarding legal advice concerning asset purchase agreement and trademark issues. | AC |
| 00053 | 1/15/2014 | evelyn.mayrboeck@hetronic.at | Maiwald@maiwald.eu | albert.fuchs@utanet.at Daniela.Hammerer@hetronic.at k.bauer@maiwald.eu | Email from Maiwald lawyers regarding legal advice concerning assignment and license agreement and issues that have been raised in the lawsuit | AC |
| 00054 | 1/15/2014 | maiwald@maiwald.eu | Evelyn Mayrb?ck <evelyn.mayrboeck@hetronic.at> | albert.fuchs@utanet.at' Daniela Hammerer <Daniela.Hammerer@hetronic.at> 'k.bauer@maiwald.eu' | Email forwarding email from Maiwald lawyers regarding legal advice concerning assignment and license agreement and issues that have been raised in the lawsuit | AC |
| 00055 | 1/15/2014 14:10 | evelyn.mayrboeck@hetronic.at | Maiwald@maiwald.eu | albert.fuchs@utanet.at; Daniela.Hammerer@hetronic.at; k.bauer@maiwald.eu | Email from Maiwald lawyers regarding legal advice concerning assignment, trademark and license agreement issues that have been raised in the lawsuit | AC |
| 00056 | 1/16/2014 | Evelyn Mayrb?ck <Evelyn.Mayrboeck@hetronic.at> | Daniela Hammerer </O=HETRONIC CENTRAL EASTERN EUROPE GMBH/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DANIELA KOLLER7EA> | | Email between representatives of the client forwarding email from Maiwald lawyers regarding legal advice concerning assignment, purchase agreement and request for information. | AC |
| 00057 | 1/16/2014 | Evelyn Mayrb?ck <Evelyn.Mayrboeck@hetronic.at> | Daniela Hammerer </O=HETRONIC CENTRAL EASTERN EUROPE GMBH/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DANIELA KOLLER7EA> | | Email between representatives of client forwarding email from Maiwald lawyers regarding legal advice and discussing legal issues for which clients seek legal counsel. | AC |

Hetronic Int'l v. Hetronic Germany et al.
Privilege Log 08/14/2017

| | Date Sent | To | From | CC | Privilege Reason | Basis |
|---|---|---|---|---|---|---|
| | 1/16/2014 | Evelyn Mayrb?ck (evelyn.maryboeck@hetronic.at) | Daniela Hammerer </O=HETRONIC CENTRAL EASTERN EUROPE GMBH/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DANIELA KOLLER7EA> | | Email between reprentatives of the clients forwarding email from Maiwald lawyers regarding legal advice concerning assignment and providing information requested by Maiwald. | AC |
| 00058 | 1/16/2014 | evelyn.maryboeck@hetronic.at | Maiwald@maiwald.eu | albert.fuchs@utanet.at Daniela.Hammerer@hetronic.at k.bauer@maiwald.eu | Email from Maiwald lawyers regarding legal advice concerning assignment, purchaes agreement and issues that have been raised in the lawsuit | AC |
| 00059 | 1/16/2014 | Evelyn Mayrb?ck <Evelyn.Mayrboeck@hetronic.at> | Daniela Hammerer <Daniela.Hammerer@hetronic.at> | | Email forwarding email from Maiwald lawyers regarding legal advice concerning assignment, purchase agreement and issues that have been raised in the lawsuit and providing information requested by Maiwald. | AC |
| 00060 | 1/16/2014 | Albert Fuchs (albert.fuchs@me.com) | Evelyn Mayrb?ck <evelyn.maryboeck@hetronic.at> | | Email forwarding email from Maiwald lawyers regarding legal advice concerning assignment, purchase agreement and issues that have been raised in the lawsuit | AC |
| 00061 | 1/16/2014 | Maiwald@maiwald.eu' | Evelyn Mayrb?ck <evelyn.maryboeck@hetronic.at> | albert.fuchs@utanet.at' Daniela Hammerer <Daniela.Hammerer@hetronic.at> 'k.bauer@maiwald.eu' | Email from Maiwald lawyers regarding legal advice concerning assignment and purchase agreement and issues that have been raised in the lawsuit | AC |
| | 1/16/2014 | Daniela Hammerer <Daniela.Hammerer@hetronic.at> | Evelyn Mayrb?ck <evelyn.maryboeck@hetronic.at> | | Email between representatives of client collecting information for counsel and for the provision of legal advice concerning trademark issues. | AC |
| | 1/16/2014 | Daniela Hammerer <Daniela.Hammerer@hetronic.at> | Evelyn Mayrb?ck <evelyn.maryboeck@hetronic.at> | | This email is a duplicate of the previous entry. | AC |
| | 1/16/2014 | evelyn.maryboeck@hetronic.at | Evelyn Mayrb?ck <evelyn.maryboeck@hetronic.at> | | Draft email from representative of client providing information requested by counsel concerning trademark issues that have been raised in the lawsuit. | AC |
| | 1/16/2014 | Daniela Hammerer <Daniela.Hammerer@hetronic.at> | Evelyn Mayrb?ck <evelyn.maryboeck@hetronic.at> | | Email forwarding email from Maiwald lawyers regarding legal advice concerning trademark issues and collecting information for counsel, and for legal advice. | AC |
| | 1/16/2014 | Evelyn Mayrb?ck <Evelyn.Mayrboeck@hetronic.at> | Daniela Hammerer <Daniela.Hammerer@hetronic.at> | | Email between representatives of the client discussing legal advice from Maiwald concerning trademark issues. | AC |
| | 1/16/2014 | Evelyn Mayrb?ck <Evelyn.Mayrboeck@hetronic.at> | Daniela Hammerer <Daniela.Hammerer@hetronic.at> | | This email is a duplicate of the previous entry. | AC |

Hetronic Int'l v. Hetronic Germany et al.
Privilege Log 08/14/2017

| | Date Sent | To | From | CC | Privilege Reason | Basis |
|---|---|---|---|---|---|---|
| 00062 | 1/16/2014 | evelyn.mayrboeck@hetronic.at | Evelyn Mayrb?ck <evelyn.mayrboeck@hetronic.at> | | Email forwarding email from Maiwald lawyers regarding legal advice concerning transactions and issues that have been raised in the lawsuit | AC |
| 00063 | 1/16/2014 11:34 | Maiwald@maiwald.eu | Evelyn MayrbÃ¶ck <evelyn.mayrboeck@hetronic.at> | albert.fuchs@utanet.at; Daniela Hammerer <Daniela.Hammerer@hetronic.at>; k.bauer@maiwald.eu | Email to Maiwald lawyers providing information to counsel regarding legal advice sought concerning  assignment, trademark, license agreement issues that have been raised in the lawsuit | AC |
| 00064 | 1/16/2014 11:34 | 'Maiwald@maiwald.eu' | Evelyn MayrbÃ¶ck <evelyn.mayrboeck@hetronic.at> | 'albert.fuchs@utanet.at'; Daniela Hammerer <Daniela.Hammerer@hetronic.at>; 'k.bauer@maiwald.eu' | Email to Maiwald lawyers regarding legal advice sought concerning  assignment, trademark, license agreement issues that have been raised in the lawsuit | AC |
| 00065 | 1/16/2014 11:35 | Albert Fuchs <albert.fuchs@me.com> | Evelyn MayrbÃ¶ck <evelyn.mayrboeck@hetronic.at> | | Email forwarding email from Maiwald lawyers regarding legal advice concerning assignment, license agreement and issues that have been raised in the lawsuit.  Attachments include assignment and license agreement that have been produced. | AC |
| 00066 | 1/16/2014 14:35 | evelyn.mayrboeck@hetronic.at | Maiwald@maiwald.eu | albert.fuchs@utanet.at; Daniela.Hammerer@hetronic.at; k.bauer@maiwald.eu | Email  from Maiwald lawyers regarding legal advice concerning assignment, license agreement and issues that have been raised in the lawsuit | AC |
| | 1/17/2014 | Fuchs Albert <albert.fuchs@utanet.at> | Daniela Hammerer </O=HETRONIC CENTRAL EASTERN EUROPE GMBH/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DANIELA KOLLER7EA> | Evelyn Mayrb?ck (evelyn.mayrboeck@hetronic.at) | Email forwarding email from Alexander Rappl with MTG regarding legal advice related to assignment, license agreement and issues raised in the lawsuit | AC |
| 00067 | 1/17/2014 | Maiwald@maiwald.eu | Evelyn Mayrb?ck <evelyn.mayrboeck@hetronic.at> | albert.fuchs@utanet.at Daniela Hammerer <Daniela.Hammerer@hetronic.at> k.bauer@maiwald.eu | email forwarding email from counsel concerning legal advice related to assignment, license agreement and issues raised in the lawsuit. | AC |
| 00068 | 1/17/2014 | Maiwald@maiwald.eu' | Evelyn Mayrb?ck <evelyn.mayrboeck@hetronic.at> | albert.fuchs@utanet.at' Daniela Hammerer <Daniela.Hammerer@hetronic.at> 'k.bauer@maiwald.eu' | Email between representatives of the client forwarding legal advice concerning agreements at issue in the lawsuit. | AC |

Hetronic Int'l v. Hetronic Germany et al.
Privilege Log 08/14/2017

| Date Sent | To | From | CC | Privilege Reason | Basis |
|---|---|---|---|---|---|
| 1/17/2014 11:38 | Maiwald@maiwald.eu | Evelyn MayrbÃ¶ck <evelyn.mayrboeck@hetronic.at> | albert.fuchs@utanet.at; Daniela Hammerer <Daniela.Hammerer@hetronic.at>; k.bauer@maiwald.eu | Email regarding legal advice provided by counsel regarding trademark issues. | AC |
| 1/17/2014 11:38 | 'Maiwald@maiwald.eu' | Evelyn MayrbÃ¶ck <evelyn.mayrboeck@hetronic.at> | 'albert.fuchs@utanet.at'; Daniela Hammerer <Daniela.Hammerer@hetronic.at>; 'k.bauer@maiwald.eu' | Email regarding legal advice provided by counsel regarding trademark issues. | AC |
| 1/17/2014 13:27 | Fuchs Albert <albert.fuchs@utanet.at> | Daniela Hammerer <Daniela.Hammerer@hetronic.at> | Evelyn MayrbÃ¶ck <Evelyn.Mayrboeck@hetronic.at> | Email forwarding emails from Maiwald regarding legal advice provided by counsel regarding trademark issues. | AC |
| 1/19/2014 | evelyn.mayrboeck@hetronic.at | Maiwald@maiwald.eu | | Email from Maiwald concerning trademark issues. | AC |
| 1/19/2014 11:43 | evelyn.mayrboeck@hetronic.at | Maiwald@maiwald.eu | | Email regarding legal advice provided by counsel regarding trademark issues | |
| 1/27/2014 15:37 | evelyn.mayrboeck@hetronic.at | nhpost@maiwald.eu | Chince@maiwald.eu | Email from Maiwald concerning invoicing for legal services. This email does not appear to contain any relevant information. | AC |
| 1/28/2014 12:16 | evelyn.mayrboeck@hetronic.at | k.bauer@maiwald.eu | | Email from Maiwald concerning invoicing for legal services. This email does not appear to contain any relevant information. | AC |
| 1/29/2014 9:01 | 'k.bauer@maiwald.eu' | Evelyn MayrbÃ¶ck <evelyn.mayrboeck@hetronic.at> | | Email from Maiwald concerning invoicing for legal services. This email does not appear to contain any relevant information. | AC |
| 2/7/2014 12:09 | evelyn.mayrboeck@hetronic.at | k.bauer@maiwald.eu | | Email and attachment from Maiwald regarding invoice showing legal advice provided by counsel. | AC |
| 2/12/2014 11:21 | Eva Olipitz <eva.olipitz@hetronic.de> | Baier, Matthias <Matthias.Baier@mtg-group.de> | | email and attachments regarding financial information and advice related to financial services including audit services. Attachments are documents incident to such services. The email and attachments do not appear to contain relevant information. | AC |
| 3/18/2014 | | | | memo between Zirngibl and Schweier (lawyer) requesting advice regarding employment issues | AC |

Hetronic Int'l v. Hetronic Germany et al.
Privilege Log 08/14/2017

| | Date Sent | To | From | CC | Privilege Reason | Basis |
|---|---|---|---|---|---|---|
| 00069 | 5/6/2014 18:04 | Eva Olipitz <eva.olipitz@hetronic.de> | Baier, Matthias <Matthias.Baier@mtg-group.de> | GschlÃ¶Ã¥l, Sabine <Sabine.Gschloessl@mtg-group.de> | email regarding information and advice related to financial and tax advice from counsel includinng audit procedures for the annual financial statements. | AC/WP |
| 00070 | 5/15/2014 10:04 | Eva Olipitz <eva.olipitz@hetronic.de> | Baier, Matthias <Matthias.Baier@mtg-group.de> | GschlÃ¶Ã¥l, Sabine <Sabine.Gschloessl@mtg-group.de> | email and attachment regarding information and advice related to financial and tax advice.  Attachments are draft annual report and management report. | AC/WP |
| 00071 | 6/6/2014 22:00 | Albert Fuchs <albert.fuchs@utanet.at> | Daniela Hammerer <Daniela.Hammerer@hetroni c.at> | Evelyn MayrbÃ¶ck <Evelyn.Mayrboeck@hetronic .at> | Email disucssing need for legal advice with Mr. Rappl, with MTG, concerning dispute with Hetronic International. | AC/WP |
| | 6/10/2014 | Matthias.Baier@mtg-group.de | Daniela Hammerer </O=HETRONIC CENTRAL EASTERN EUROPE GMBH/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECI PIENTS/CN=DANIELA KOLLER7EA> | Alexander.Rappl@mtg-group.de' | Email requesting legal advice from counsel following termination by H-I. | AC |
| | 6/10/2014 | m.baier@mtg-wpg.de 'Alexander.Rappl@mtg-group.de' | Daniela Hammerer </O=HETRONIC CENTRAL EASTERN EUROPE GMBH/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECI PIENTS/CN=DANIELA KOLLER7EA> | | Email requesting legal advice from counsel following termination by H-I.  Attachments include agreements between the parties that have been produced in the lawsuit. | AC |
| | 6/10/2014 | Matthias Baier (m.baier@mtg-wpg.de) Alexander.Rappl@mtg-group.de | Daniela Hammerer </O=HETRONIC CENTRAL EASTERN EUROPE GMBH/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECI PIENTS/CN=DANIELA KOLLER7EA> | | Email requesting legal advice from counsel following termination by H-I.  Attachments include agreements between the parties that have been produced in the lawsuit. | AC |

Hetronic Int'l v. Hetronic Germany et al.
Privilege Log 08/14/2017

| Date Sent | To | From | CC | Privilege Reason | Basis |
|---|---|---|---|---|---|
| 6/10/2014 | Daniela Hammerer <Daniela.Hammerer@hetronic.at> 'Albert Fuchs' <albert.fuchs@utanet.at> | Evelyn Mayrb?ck <evelyn.mayrboeck@hetronic.at> | | Email forwarding email from Gittmaier regarding legal, financial and tax advice concerning possible asset transfer | AC |
| 6/11/2014 | evelyn.mayrboeck@hetronic.at | Georg Gittmaier <Georg.Gittmaier@gittmaier.eu> | albert.fuchs@utanet.at daniela.hammerer@hetronic.at | Email to Gittmaier regarding legal, financial and tax advice related to possible asset transfer for HCEE | AC |
| 6/11/2014 20:38 | Eva Olipitz <eva.olipitz@hetronic.de> | Rappl, Alexander <Alexander.Rappl@mtg-group.de> | Baier, Matthias <Matthias.Baier@mtg-group.de> | email with attachment regarding legal advice concerning communications made by Hetronic International.  Attachment is draft letter addressing same. | AC/WP |
| 6/12/2014 | Daniela Hammerer <Daniela.Hammerer@hetronic.at> | Rappl, Alexander <Alexander.Rappl@mtg-group.de> | Baier, Matthias <Matthias.Baier@mtg-group.de> | Email regarding legal advice related to actions of H-I provided at the request of client. | AC |
| 6/12/2014 | Daniela Hammerer <Daniela.Hammerer@hetronic.at> albert.fuchs@me.com J?rgen Weithaler <Juergen.Weithaler@hetronic.at> Evelyn Mayrb?ck <Evelyn.Mayrboeck@hetronic.at> | Eva Olipitz <eva.Olipitz@hetronic.de> | | Email between represenatives of the client forwarding email from Rappl at MTG regarding legal advice related to actions of H-I. | AC |
| 6/12/2014 | Alexander.Rappl@mtg-group.de | Daniela Hammerer </O=HETRONIC CENTRAL EASTERN EUROPE GMBH/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DANIELA KOLLER7EA> | matthias.baier@mtg-group.de | Email from client requesting legal advice concerning actions of H-I. | AC |

Hetronic Int'l v. Hetronic Germany et al.
Privilege Log 08/14/2017

| Date Sent | To | From | CC | Privilege Reason | Basis |
|---|---|---|---|---|---|
| 6/12/2014 7:55 | Daniela Hammerer (daniela.hammerer@hetronic.at); albert.fuchs@me.com; JÃ¼rgen Weithaler (j.weithaler@hetronic.at); Evelyn MayrbÃ¶ck (evelyn.mayrboeck@hetronic.at) | Eva Olipitz <eva.Olipitz@hetronic.de> | | email with attachment forwarding legal advice from Mr. Rappl concerning communications made by Hetronic International. Attachment is draft letter addressing same. | AC/WP |
| 6/12/2014 7:56 | Rappl, Alexander <Alexander.Rappl@mtg-group.de> | Eva Olipitz <HETRONIC GERMANY ORGANIZATION/EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/RECIPIENTS/ESTEIDL> | Baier, Matthias <Matthias.Baier@mtg-group.de> | email responding to legal advice from Mr. Rappl concerning communications made by Hetronic International. | AC |
| 6/12/2014 18:54 | Albert Fuchs <albert.fuchs@me.com> | Daniela Hammerer <Daniela.Hammerer@hetronic.at> | Evelyn MayrbÃ¶ck <Evelyn.Mayrboeck@hetronic.at> | communication between representative of the client concerning legal advice and tax advice from counsel concerning possible asset transfer. | AC |
| 6/13/2014 | Daniela Hammerer <Daniela.Hammerer@hetronic.at> | Rappl, Alexander <Alexander.Rappl@mtg-group.de> | Baier, Matthias <Matthias.Baier@mtg-group.de> | Email regarding legal advice related to actions of H-I provided at the request of client. | AC |
| 6/13/2014 | Rappl, Alexander <Alexander.Rappl@mtg-group.de> | Microsoft Outlook <MicrosoftExchange329e71ec88ae4615bbc36ab6ce41109e@hetronic.at> | | This email is an email delivery confirmation. This email appears to contain no relevant information. | AC |
| 6/13/2014 | Daniela Hammerer <Daniela.Hammerer@hetronic.at> | Baier, Matthias <Matthias.Baier@mtg-group.de> | Rappl, Alexander <Alexander.Rappl@mtg-group.de> Rittmann, Marc <Marc.Rittmann@mtg-group.de> | Email regarding legal advice related to Abitron asset deal and issues raised in the lawsuit | AC |
| 6/13/2014 | Daniela Hammerer <Daniela.Hammerer@hetronic.at> | Baier, Matthias <Matthias.Baier@mtg-group.de> | | Email providing tax and legal advice related to possible asset deal at the request of client | AC |
| 6/13/2014 | Alexander.Rappl@mtg-group.de | Microsoft Outlook <MicrosoftExchange329e71ec88ae4615bbc36ab6ce41109e@hetronic.at> | | This email is an email delivery confirmation. The email appears to contain no relevant information. | AC |

Hetronic Int'l v. Hetronic Germany et al.
Privilege Log 08/14/2017

| Date Sent | To | From | CC | Privilege Reason | Basis |
|---|---|---|---|---|---|
| 6/13/2014 | Baier, Matthias (Matthias.Baier@mtg-group.de)' | Microsoft Outlook <MicrosoftExchange329e71ec 88ae4615bbc36ab6ce41109e @hetronic.at> | | This email is an email delivery confirmation. The email appears to contain no relevant information | AC |
| 6/13/2014 | Fuchs Albert' <albert.fuchs@utanet.at> 'Evelyn Mayrb?ck (evelyn.mayrboeck@hetronic. at)' | Daniela Hammerer </O=HETRONIC CENTRAL EASTERN EUROPE GMBH/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECI PIENTS/CN=DANIELA KOLLER7EA> | | Email forwarding email from Baier with MTG regarding information and advice related to Abitron asset deal and issues raised in the lawsuit | AC/WP |
| 6/13/2014 | Fuchs Albert' <albert.fuchs@utanet.at> 'Evelyn Mayrb?ck (evelyn.mayrboeck@hetronic. at)' | Daniela Hammerer </O=HETRONIC CENTRAL EASTERN EUROPE GMBH/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECI PIENTS/CN=DANIELA KOLLER7EA> | | Email forwarding email from Baier with MTG regarding information and advice related to Abitron asset deal | AC/WP |
| 6/13/2014 | Rappl, Alexander <Alexander.Rappl@mtg-group.de> | Daniela Hammerer </O=HETRONIC CENTRAL EASTERN EUROPE GMBH/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECI PIENTS/CN=DANIELA KOLLER7EA> | | Email providing information to counsel concerning legal advice relating to actions of H-I and possible asset transfer. | AC/WP |
| 6/13/2014 | Baier, Matthias (Matthias.Baier@mtg-group.de)' | Daniela Hammerer </O=HETRONIC CENTRAL EASTERN EUROPE GMBH/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECI PIENTS/CN=DANIELA KOLLER7EA> | Alexander.Rappl@mtg-group.de | Email from client requesting tax and legal advice related to possible asset deal. | AC/WP |
| 6/13/2014 | Fuchs Albert' <albert.fuchs@utanet.at> Evelyn Mayrb?ck <Evelyn.Mayrboeck@hetronic .at> | Daniela Hammerer <Daniela.Hammerer@hetroni c.at> | | Email between represenatives of the client forwarding email from Matthias Baier and Alexander Rappl regarding legal advice related to possible asset transfer and related tax issues. | AC |

Hetronic Int'l v. Hetronic Germany et al.
Privilege Log 08/14/2017

| Date Sent | To | From | CC | Privilege Reason | Basis |
|---|---|---|---|---|---|
| 6/13/2014 | Georg Gittmaier' <Georg.Gittmaier@gittmaier.eu> | Evelyn Mayrb?ck <evelyn.mayrboeck@hetronic.at> | | Email to Gittmaier regarding legal and tax advice related to possible asset transfer concerning HCEE | AC |
| 6/13/2014 | Fuchs Albert' <albert.fuchs@utanet.at> Evelyn Mayrb?ck <Evelyn.Mayrboeck@hetronic.at> | Daniela Hammerer <Daniela.Hammerer@hetronic.at> | | Email forwarding email from Alexander Rappl regarding legal advice concerning actions of H-I. | AC |
| 6/13/2014 21:42 | 'Fuchs Albert' <albert.fuchs@utanet.at>; Evelyn MayrbÃ¶ck <Evelyn.Mayrboeck@hetronic.at> | Daniela Hammerer <Daniela.Hammerer@hetronic.at> | | Email forwarding email from Rappl with MTG regarding legal advice concerning communications by Hetronic International | AC |
| 6/13/2014 21:57 | 'Fuchs Albert' <albert.fuchs@utanet.at>; Evelyn MayrbÃ¶ck <Evelyn.Mayrboeck@hetronic.at> | Daniela Hammerer <Daniela.Hammerer@hetronic.at> | | Email forwarding email from Baier and copying Rappl and Marc Rittman with MTG regarding legal advice concerning issues arising following Hetronic International's termination of the Distribution Agreement. | AC |
| 6/15/2014 | Albert Fuchs <albert.fuchs@me.com> Daniela Hammerer <Daniela.Hammerer@hetronic.at> | Eva Olipitz <eva.Olipitz@hetronic.de> | | Email between representatives of the client forwarding email from and to Philip Kochman at kdclaw.com requesting legal counsel. | AC |
| 6/15/2014 | Albert Fuchs (albert.fuchs@me.com) Daniela Hammerer (daniela.hammerer@hetronic.at) | Evelyn Mayrb?ck <evelyn.mayrboeck@hetronic.at> | | Email forwarding email from Gittmaier regarding advice concerning possible HCEE asset transfer. | AC |
| 6/16/2014 | Baier, Matthias <Matthias.Baier@mtg-group.de> | Daniela Hammerer </O=HETRONIC CENTRAL EASTERN EUROPE GMBH/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DANIELA KOLLER7EA> | | Email requesting tax and legal advice advice related to asset deals. | AC/WP |

Hetronic Int'l v. Hetronic Germany et al.
Privilege Log 08/14/2017

| Date Sent | To | From | CC | Privilege Reason | Basis |
|---|---|---|---|---|---|
| 6/17/2014 | Baier, Matthias <Matthias.Baier@mtg-group.de> | Daniela Hammerer </O=HETRONIC CENTRAL EASTERN EUROPE GMBH/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECI PIENTS/CN=DANIELA KOLLER7EA> | | Email from client requesting tax and legal advice related to asset deals. | AC |
| 6/18/2014 | Daniela Hammerer <Daniela.Hammerer@hetronic .at> | Baier, Matthias <Matthias.Baier@mtg-group.de> | Rappl, Alexander <Alexander.Rappl@mtg-group.de> Rittmann, Marc <Marc.Rittmann@mtg-group.de> | Email regarding tax and legal advice related to asset deals | AC |
| 6/18/2014 | Evelyn Mayrb?ck (evelyn.mayrboeck@hetronic. at)' | Daniela Hammerer </O=HETRONIC CENTRAL EASTERN EUROPE GMBH/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECI PIENTS/CN=DANIELA KOLLER7EA> | | Email among representatives of the client discussing tax and legal advice relating to asset deals. | AC |
| 6/18/2014 | Evelyn Mayrb?ck <Evelyn.Mayrboeck@hetronic .at> | Daniela Hammerer <Daniela.Hammerer@hetroni c.at> | | This email is a duplicate of the previous entry. | AC |
| 6/18/2014 17:59 | Eva Olipitz <eva.olipitz@hetronic.de> | David Kearney <dkearney@gablelaw.com> | | email seeking legal advice from US counsel after lawsuit is filed | AC |
| 6/18/2014 22:21 | Eva Olipitz <eva.olipitz@hetronic.de> | David Kearney <dkearney@gablelaw.com> | | email seeking legal advice from US counsel after lawsuit is filed | AC |
| 6/19/2014 16:25 | Eva Olipitz <eva.olipitz@hetronic.de> | David Kearney <dkearney@gablelaw.com> | | email from client providing information to US counsel for legal advice and assistance. | AC |
| 6/19/2014 21:48 | Eva Olipitz <eva.olipitz@hetronic.de> | David Kearney <dkearney@gablelaw.com> | | email from US counsel providing legal advice concerning issues in lawsuit. | AC |