CIVIL TRIAL

CASE NO.   CIV-14-650   -F CIVIL                                                         DATE   2-13-2020

STYLE   Hetronic International, Inc.   v.   Hetronic Germany GmbH, et al.

PROCEEDINGS:   FURTHER JURY TRIAL

COMMENCED   8:30         ENDED   8:40
COMMENCED   9:05         ENDED   12:00
                                                                       TOTAL TIME:   7   Hrs.   00   Mins.
COMMENCED   1:20         ENDED   5:15

JUDGE Stephen P. Friot         DEPUTY CLERK Lori Gray         REPORTER TRACY THOMPSON

PLF COUNSEL   Sam Fulkerson, Debbie Berman, Wade Thomson

DFT COUNSEL   Geren Steiner, Anton Rupert

ENTER:

Prior to beginning the trial in open court, the court meets, on the record, with counsel and a juror in the court's conference room.   The court dismisses the juror for cause.

Trial begins in open court.   Court gives jury a preliminary instruction.

Plf makes opening statement.   Dft defers same until close of plf's evidence.

Plf presents case in chief with testimony of witnesses.

Plf's exhibits admitted:   1692, 1690A-E, 758, 766, 1691, 211, 213, 214, 216, 348, 370, 59, 58, 1685, 349, 350, 165, 760, 907, 154, 405, 156, 794, 908, 463, 468, 457.

Outside the hearing of the jury, the court rules on objected-to exhibits in connection with video depositions.

Court adjourns to 2-14-2020 at 9:00 AM.

CASE NO. <u>CIV-14-650-F</u>     DEPUTY <u>Lori Gray</u>     JUDGE <u>Stephen P. Friot</u>     DATE <u>     2-13-2020     </u>

|  <u>WITNESSES FOR PLAINTIFF</u> | <u>WITNESSES FOR DEFENDANT</u> |
|---|---|
| 1.   <u>    Tim Glandon (sworn)            </u> | 1.   <u>                                          </u> |
| 2.   <u>    Peter Zirngible (video depo)    </u> | 2.   <u>                                          </u> |