CIVIL TRIAL

CASE NO.   CIV-14-650   -F CIVIL                                       DATE   2-14-2020

STYLE   Hetronic International, Inc.   v.   Hetronic Germany GmbH, et al.

PROCEEDINGS:   FURTHER JURY TRIAL

COMMENCED   9:00      ENDED   12:05
                                                          TOTAL TIME:   6   Hrs.   55   Mins.
COMMENCED   1:20      ENDED   5:10

JUDGE Stephen P. Friot        DEPUTY CLERK Lori Gray        REPORTER TRACY THOMPSON

PLF COUNSEL        Sam Fulkerson, Debbie Berman, Wade Thomson

DFT COUNSEL        Geren Steiner, Anton Rupert

ENTER:

Plf continues case in chief with testimony of witnesses.

Plf's exhibits admitted:   88-90, 153, 159, 172, 305, 343, 344, 403, 406-409, 417, 421, 422, 427-430, 432-436, 712, 713, 715, 717, 426.

Court adjourns to 2-18-2020 at 9:30 AM.

CASE NO. <u>CIV-14-650-F</u>     DEPUTY <u>Lori Gray</u>     JUDGE <u>Stephen P. Friot</u>     DATE <u>     2-14-2020     </u>

<u>WITNESSES FOR PLAINTIFF</u>                    <u>WITNESSES FOR DEFENDANT</u>

1. <u>     Peter Zirngible (video depo), cont'd.     </u>     1. <u>                                        </u>

2. <u>     Mathias Friedl (video depo)          </u>     2. <u>                                        </u>