CIVIL TRIAL

CASE NO.   CIV-14-650   -F CIVIL                              DATE   2-18-2020

STYLE         Hetronic International, Inc.         v.         Hetronic Germany GmbH, et al.

PROCEEDINGS:   FURTHER JURY TRIAL

COMMENCED   9:30          ENDED   12:15

COMMENCED   1:15          ENDED   5:15          TOTAL TIME:   6   Hrs.   45   Mins.

JUDGE Stephen P. Friot          DEPUTY CLERK Lori Gray          REPORTER TRACY THOMPSON

PLF COUNSEL         Sam Fulkerson, Debbie Berman, Wade Thomson

DFT COUNSEL         Geren Steiner, Anton Rupert

ENTER:

Plf continues case in chief with testimony of witnesses.

Plf's exhibits admitted: 76, 77, 82, 126, 162, 317, 332, 333, 335, 336, 340, 341, 342, 351, 359, 367, 718-723, 725-728, 730-735, 737, 75, 81, 124, 125, 347, 127, 182, 206, 255, 327, 369, 373-377, 379, 380, 391, 220, 445, 446, 447, 450, 451, 456, 461, 462, 464.

Court adjourns to 2-19-2020 at 9:00 AM.

CASE NO. <u>CIV-14-650-F</u>    DEPUTY <u>Lori Gray</u>    JUDGE <u>Stephen P. Friot</u>    DATE <u>   2-18-2020   </u>

| <u>WITNESSES FOR PLAINTIFF</u> | <u>WITNESSES FOR DEFENDANT</u> |
|---|---|
| 1. <u>     Evelyn Mayrbock (video depo)     </u> | 1. <u>                                         </u> |
| 2. <u>     Daniela Hammerer (video depo)     </u> | 2. <u>                                         </u> |
| 3. <u>     Eva Olipitz (video depo)     </u> | 3. <u>                                         </u> |