CIVIL TRIAL

CASE NO.   CIV-14-650   -F CIVIL                                              DATE   2-19-2020

STYLE        Hetronic International, Inc.        v.        Hetronic Germany GmbH, et al.

PROCEEDINGS:    FURTHER JURY TRIAL

COMMENCED   9:00          ENDED   12:10
                                                       TOTAL TIME:   6   Hrs.   50   Mins.
COMMENCED   1:20          ENDED   5:00

JUDGE Stephen P. Friot         DEPUTY CLERK Lori Gray        REPORTER TRACY THOMPSON

PLF COUNSEL        Sam Fulkerson, Debbie Berman, Wade Thomson

DFT COUNSEL        Geren Steiner, Anton Rupert

ENTER:

Plf continues case in chief with testimony of witnesses.

Plf's exhibits admitted:   37, 38, 185, 188, 189, 469, 472, 473, 476, 477, 479, 247, 249-252, 261, 262, 298, 31, 84, 85, 92, 95-97, 101, 102, 130, 131, 149, 151, 155, 158, 166, 217, 222-231, 238, 378, 524, 536, 543, 545, 552, 554, 555, 729, 736, 741, 743, 744, 195, 563, 566, 573, 576, 577, 583.

Outside the hearing of the jury, court discusses length of closing arguments with counsel.  The parties will have 1 hour each for closing arguments, with plaintiff to take at least 45 minutes in its opening portion.

Also outside the hearing of the jury, the court hears from counsel as to whether witness Max Heckl will be required to personally appear.   The court will not require Mr. Heckl to appear personally and will permit his video deposition to be used.

Court adjourns to 2-20-2020 at 9:00 AM.

CASE NO. <u>CIV-14-650-F</u>     DEPUTY <u>Lori Gray</u>     JUDGE <u>Stephen P. Friot</u>     DATE <u>     2-19-2020     </u>

|   | WITNESSES FOR PLAINTIFF |   | WITNESSES FOR DEFENDANT |
|---|---|---|---|
| 1. | Sonja Zurth (video depo) | 1. |  |
| 2. | Reimer Bulling (sworn) | 2. |  |
| 3. | Jurgen Weithaler (video depo) | 3. |  |
| 4. | Stefan Habermeier (video depo) | 4. |  |