<u>CIVIL TRIAL</u>

CASE NO. ___CIV-14-650___-F CIVIL                                      DATE ___2-20-2020_____

STYLE _____Hetronic International, Inc._____ v. _____Hetronic Germany GmbH, et al._____

PROCEEDINGS:     FURTHER JURY TRIAL

COMMENCED ___9:00_____     ENDED ___12:05____
                                                                                     TOTAL TIME:__7___Hrs.___30____Mins.
COMMENCED ___1:20_____     ENDED ___5:45____

JUDGE Stephen P. Friot                    DEPUTY CLERK Lori Gray               REPORTER TRACY THOMPSON

PLF COUNSEL_____Sam Fulkerson, Debbie Berman, Wade Thomson_____

DFT COUNSEL_____Geren Steiner, Anton Rupert_____

ENTER:

Plf continues case in chief with testimony of witnesses.

Plf's exhibits admitted:   79, 91, 98, 123, 499, 641, 654, 657, 661, 664, 152, 157, 922, 1446, 104, 110, 111, 136, 140, 144, 170, 171, 173, 175, 178, 180, 183, 184, 186, 187, 190, 191, 193, 194, 196, 205, 587, 588, 590, 591, 595, 609, 610, 619, 620A, 621, 622, 623.

Dft's exhibits admitted:   410, 411, 414, 415, 417, 418, 419, 422, 436.

Outside the hearing of the jury, the court hears argument and makes rulings as to some of the upcoming testimony of Jonathan Bobb (as set out in detail on the record).   The court also hears argument as to upcoming testimony of Mark Shermetaro.   The court will rule, if necessary, at the time of Mr. Shermetaro's testimony.

Also outside the hearing of the jury, the court hears argument as to the admissibility of plaintiff's exhibits 490, 491 and 507 to be used in connection with the upcoming testimony of Albert Fuchs.

Court adjourns to 2-21-2020 at 8:30 AM.

CASE NO. CIV-14-650-F     DEPUTY Lori Gray     JUDGE Stephen P. Friot     DATE _____2-20-2020_____

#### WITNESSES FOR PLAINTIFF                    WITNESSES FOR DEFENDANT

1. _____Stefan Habermeier (video depo), cont'd._____          1. _____

2. _____Ingrid Diermeier (video depo)_____          2. _____

3. _____Torsten Rempe (video depo)_____          3. _____

4. _____Markus Krottenthaler (video depo)_____          4. _____