CIVIL TRIAL

CASE NO.   CIV-14-650   -F CIVIL                                DATE   2-21-2020
STYLE   Hetronic International, Inc.   v.   Hetronic Germany GmbH, et al.

PROCEEDINGS:   FURTHER JURY TRIAL

COMMENCED   8:15       ENDED   11:25
                                                         TOTAL TIME:   4   Hrs.   30   Mins.
COMMENCED   12:30      ENDED   1:50

JUDGE Stephen P. Friot          DEPUTY CLERK Lori Gray          REPORTER TRACY THOMPSON
PLF COUNSEL         Sam Fulkerson, Debbie Berman, Wade Thomson
DFT COUNSEL         Geren Steiner, Anton Rupert

ENTER:

Plf continues case in chief with testimony of witnesses.

Plf's exhibits admitted:   625, 626, 630, 776A, 847, 835, 909, 72, 444, 556-559, 78, 325, 382, 489, 498, 501, 507, 509.

Dft's exhibits admitted:   328, 310, 332.

Outside the hearing of the jury, the court rules on the admissibility of plaintiff's exhibits 490, 491 and 507 in connection with the upcoming testimony of Albert Fuchs. Plaintiff's exhibits 490 and 491 will not be admitted. Plaintiff's exhibit 507 is admissible.

Court adjourns to 2-24-2020 at 9:00 AM.

CASE NO. <u>CIV-14-650-F</u>     DEPUTY <u>Lori Gray</u>     JUDGE <u>Stephen P. Friot</u>     DATE <u>     2-21-2020     </u>

|  <u>WITNESSES FOR PLAINTIFF</u> | <u>WITNESSES FOR DEFENDANT</u> |
|---|---|
| 1. Johannes Zagler (video depo) | 1. |
| 2. Jonathan Bobb (sworn) | 2. |
| 3. Gerd Berger (video depo) | 3. |
| 4. Albert Fuchs (video depo) | 4. |