CIVIL TRIAL

CASE NO.   CIV-14-650   -F CIVIL                    DATE   2-24-2020

STYLE   Hetronic International, Inc.   v.   Hetronic Germany GmbH, et al.

PROCEEDINGS:   FURTHER JURY TRIAL

COMMENCED   9:00         ENDED   12:05

COMMENCED   1:15         ENDED   5:00         TOTAL TIME:   6   Hrs.   50   Mins.

JUDGE Stephen P. Friot         DEPUTY CLERK Lori Gray         REPORTER TRACY THOMPSON

PLF COUNSEL         Sam Fulkerson, Debbie Berman, Wade Thomson

DFT COUNSEL         Geren Steiner, Anton Rupert

ENTER:

Plf continues case in chief with testimony of witnesses.

Plf's exhibits admitted:   506, 42, 43, 44, 61, 62, 63, 5, 19, 20, 22, 27-30, 36, 39.

Dft's exhibits admitted:   217.

Court adjourns to 2-25-2020 at 9:00 AM.

CASE NO. <u>CIV-14-650-F</u>    DEPUTY <u>Lori Gray</u>    JUDGE <u>Stephen P. Friot</u>    DATE <u>    2-24-2020    </u>

| <u>WITNESSES FOR PLAINTIFF</u> | <u>WITNESSES FOR DEFENDANT</u> |
|---|---|
| 1. Albert Fuchs (video depo), cont'd. | 1. |
| 2. Max Heckl (video depo) | 2. |
| 3. Dieter Rotors (video depo) | 3. |