## CIVIL TRIAL

CASE NO.   __CIV-14-650__-F CIVIL                              DATE __2-25-2020__

STYLE   __Hetronic International, Inc.__   v.   __Hetronic Germany GmbH, et al.__

PROCEEDINGS:   FURTHER JURY TRIAL

| | | | |
|---|---|---|---|
| COMMENCED __8:30__ | ENDED __8:50__ | | |
| COMMENCED __9:00__ | ENDED __12:05__ | | |
| COMMENCED __1:15__ | ENDED __4:50__ | TOTAL TIME: __7__ Hrs. __00__ Mins. | |

JUDGE __Stephen P. Friot__        DEPUTY CLERK __Lori Gray__         REPORTER __TRACY THOMPSON__

PLF COUNSEL   __Sam Fulkerson, Debbie Berman, Wade Thomson, Gianni Servodidio__

DFT COUNSEL   __Geren Steiner, Anton Rupert__

ENTER:

Outside the hearing of the jury and off the record, the court hears argument from counsel regarding exhibits.

Plf continues case in chief with testimony of witnesses.

Plf's exhibits admitted:  4, 10, 18, 21, 895, 896, 1686, 1687, 1688, 1689, 695G, **777C, 777D, 777E, 777F (demonstrative only?)**.

Dft's exhibits admitted:  272.

Plf rests.

Outside the hearing of the jury:

> The court hears testimony regarding offers of proof by defendants.  The offers of proof are noted by the court. The court's conclusion on the ownership issue remains the same.
>
> The court hears argument as to application of the Lanham Act on the issue of liability.
>
> Plf's Rule 50 mtn as to the post-contract termination Lanham Act claims is **STRICKEN as premature**.
>
> Dft's Rule 50 mtn for judgment as a matter of law is **TAKEN UNDER ADVISEMENT**.
>
> The court hears further argument on the admission of plaintiff's offered exhibits in the 777 series.

Court adjourns to 2-26-2020 at 9:00 AM.

CASE NO. <u>CIV-14-650-F</u>     DEPUTY <u>Lori Gray</u>     JUDGE <u>Stephen P. Friot</u>     DATE <u>     2-25-2020     </u>

| WITNESSES FOR PLAINTIFF | WITNESSES FOR DEFENDANT |
|---|---|
| 1. Dr. Joseph Khoury (sworn) | 1. |
| 2. Ryan Polonski (video depo) | 2. |
| 3. Josef Scheuerer (sworn) | 3. |
| 4. Bryan Van Uden (sworn) | 4. |