CIVIL TRIAL

CASE NO.   CIV-14-650   -F CIVIL                                        DATE   2-26-2020

STYLE         Hetronic International, Inc.         v.         Hetronic Germany GmbH, et al.

PROCEEDINGS:    FURTHER JURY TRIAL

COMMENCED   9:00         ENDED   12:05
                                                                    TOTAL TIME:   7   Hrs.   00   Mins.
COMMENCED   1:15         ENDED   5:10

JUDGE Stephen P. Friot        DEPUTY CLERK Lori Gray        REPORTER TRACY THOMPSON

PLF COUNSEL         Sam Fulkerson, Debbie Berman, Wade Thomson

DFT COUNSEL         Geren Steiner, Anton Rupert

ENTER:

Dft makes opening statement.

Dft presents case in chief with testimony of witnesses.

Plf's exhibits admitted:   504, 73, 74, 637, 638, 640.

Dft's exhibits admitted:   258, 257, 256, 219, 473, 4, 58, 216, 478, 1133, 476, 215.

Outside the hearing of the jury, the court rules that plaintiff's exhibits 777C, 777D, 777E and 777F are received substantively and will go the jury.

Court adjourns to 2-27-2020 at 9:00 AM.

CASE NO. <u>CIV-14-650-F</u>     DEPUTY <u>Lori Gray</u>     JUDGE <u>Stephen P. Friot</u>     DATE <u>2-26-2020</u>

|   <u>WITNESSES FOR PLAINTIFF</u>   |   <u>WITNESSES FOR DEFENDANT</u>   |
|---|---|
| 1. | 1. Tim Glandon (sworn) |
| 2. | 2. Jurgen Weithaler (video depo) |
| 3. | 3. Markus Krottenhaler (video depo) |
| 4. | 4. Albert Fuchs (video depo) |
| 5. | 5. Max Heckl (video depo) |
| 6. | 6. Ingrid Diermeier (video depo) |