CIVIL TRIAL

CASE NO.   CIV-14-650   -F CIVIL                                    DATE   2-27-2020

STYLE _____ Hetronic International, Inc. _____ v. _____ Hetronic Germany GmbH, et al. _____

PROCEEDINGS:    FURTHER JURY TRIAL

COMMENCED   8:40           ENDED   9:00
COMMENCED   9:00           ENDED   11:55
                                                TOTAL TIME:   5   Hrs.   40   Mins.
COMMENCED   12:30          ENDED   1:25
COMMENCED   2:00           ENDED   3:30

JUDGE Stephen P. Friot          DEPUTY CLERK Lori Gray          REPORTER TRACY THOMPSON

PLF COUNSEL_____ Sam Fulkerson, Debbie Berman, Wade Thomson, Gianni Servodidio _____

DFT COUNSEL_____ Geren Steiner, Anton Rupert _____

ENTER:

Outside the hearing of the jury and off the record, court meets with counsel re exhibits and testimony.

Dft continues case in chief with testimony of witnesses.

Plf's exhibits admitted:   768A, 769A (both admitted during off-the-record jury instructions conference).

Dft's exhibits admitted:   377, 380-383, 385, 398.

Outside the hearing of the jury, court hears testimony from defense witness Alexander Demuth.   The court rules as to certain testimony to be offered through Mr. Demuth.

Dft rests.

Parties rest.          Jury is dismissed for the day.

Defendant makes an offer of proof with testimony by Alexander Demuth.

The court rules on dft's renewed Rule 50 mtn for judgment as a matter of law as set out on the record.

The court rules on plf's Rule 50 mtn as to post-termination infringement as set out on the record.

Defendants' counterclaim is DISMISSED by agreement.

Court meets with counsel in chambers and off the record regarding jury instructions.

Court adjourns to 2-28-2020 at 8:30 AM.

CASE NO. CIV-14-650-F      DEPUTY Lori Gray      JUDGE Stephen P. Friot      DATE      2-27-2020

### WITNESSES FOR PLAINTIFF

1. _____

2. _____

3. _____

### WITNESSES FOR DEFENDANT

1. ____ Torsten Rempe (video depo) ____

2. ____ Reimer Bulling (sworn) ____

3. ____ Alexander Demuth (sworn) ____