<u>CIVIL TRIAL</u>

CASE NO.   <u>CIV-14-650</u>   -F CIVIL                                    DATE   <u>2-28-2020</u>

STYLE   <u>Hetronic International, Inc.</u>   v.   <u>Hetronic Germany GmbH, et al.</u>

PROCEEDINGS:   FURTHER JURY TRIAL

COMMENCED   <u>9:45</u>         ENDED   <u>10:00</u>
COMMENCED   <u>10:00</u>        ENDED   <u>11:45</u>
                                                        TOTAL TIME: <u>4</u> Hrs. <u>10</u> Mins.
COMMENCED   <u>12:45</u>        ENDED   <u>2:30</u>
COMMENCED   <u>2:45</u>         ENDED   <u>3:00</u>
COMMENCED   <u>3:45</u>         ENDED   <u>3:55</u>

JUDGE <u>Stephen P. Friot</u>         DEPUTY CLERK <u>Lori Gray</u>         REPORTER <u>TRACY THOMPSON</u>

PLF COUNSEL <u>        Sam Fulkerson, Debbie Berman, Wade Thomson, Laura Hulce        </u>

DFT COUNSEL <u>        Geren Steiner, Anton Rupert        </u>

ENTER:

Outside the hearing of the jury, parties make their Rule 51 record on jury instructions.

Court instructs the jury.

Outside the hearing of the jury, court instructs defense counsel to submit any further offers of proof in writing, and they will be made court's exhibits.

Closing arguments.         Bailiff sworn.

Jury retires to deliberate at 2:30 pm.

Outside the hearing of the jury and off the record, court meets with counsel regarding second stage verdict form.

Jury recesses deliberations at 4:20 pm, to resume deliberations at 9:00 am on 3-2-2020.

Court adjourns to 3-2-2020 at 9:00 AM.