CIVIL TRIAL

CASE NO. ___CIV-14-650___-F CIVIL                          DATE ___3-2-2020___

STYLE _____Hetronic International, Inc._____ v. ____Hetronic Germany GmbH, et al.____

PROCEEDINGS:    FURTHER JURY TRIAL

COMMENCED __10:15___     ENDED ___10:20___
                                                          TOTAL TIME:__1___Hrs.__10___Mins.
COMMENCED __12:50___     ENDED ___1:25___
COMMENCED __1:55___     ENDED ___2:20___
COMMENCED __2:40___     ENDED ___2:45___

JUDGE Stephen P. Friot          DEPUTY CLERK Lori Gray          REPORTER TRACY THOMPSON

PLF COUNSEL_____Sam Fulkerson, Debbie Berman, Wade Thomson_____

DFT COUNSEL_____Geren Steiner, Anton Rupert_____

ENTER:

Jury resumes deliberations at 9:00 am.

Outside the hearing of the jury, court takes up with counsel a question from the jury.   The court also inquires of counsel as to whether there will be any evidence presented in a possible second stage.   Plaintiff does not intend to present any evidence; defense will present brief evidence.   The parties will be allowed brief closing arguments.

Jury returns with verdict in favor of plaintiff at 1:55 pm.

Jury is polled.

Punitive Damages stage

The parties present no evidence as to punitive damages.

Court instructs jury as to punitive damages.

Closing arguments as to punitive damages.

Jury retires to deliberate as to punitive damages at 2:10 pm.

Outside the hearing of the jury, defense counsel provides written offers of proof, Defendant's exhibits 1300 and 1301.

Also outside the hearing of the jury, court has colloquy with counsel as to when it will be appropriate to enter a Rule 54 final judgment.

Jury returns with verdict as to punitive damages at 2:40 pm.

Jury is polled.          Jury is discharged.

Clerk to file judgment.

The parties' exhibits are withdrawn.