IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HETRONIC INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CIV-14-650-F |
| ) | |
| HETRONIC GERMANY GmbH, ) | |
| HYDRONIC-STEUERSYSTEME GmbH, ) | |
| ABI HOLDING GmbH, ) | |
| ABITRON GERMANY GmbH, ) | |
| ABITRON AUSTRIA GmbH, and ) | |
| ALBERT FUCHS, ) | |
| ) | |
| Defendants. ) | |

### VERDICT FORM – PUNITIVE DAMAGES – SECOND STAGE

We, the jury, empaneled and sworn in the above entitled cause, do upon our oaths, find as follows:

_____

(Please make a punitive damages finding for each defendant. In no event should the total of the punitive damages awarded, as to all defendants, exceed $10,721,664).

_____

### DEFENDANT HETRONIC GERMANY GMBH
PLEASE SELECT A OR B

A. _____ We, the jury, duly empaneled and sworn in the above-entitled cause, award plaintiff, Hetronic International, Inc., punitive damages against defendant, Hetronic Germany GmbH, in the amount of $ _____.

### OR

B. √ We, the jury, duly empaneled and sworn in the above-entitled cause, do not award plaintiff, Hetronic International, Inc., any punitive damages against defendant, Hetronic Germany GmbH.

## DEFENDANT HYDRONIC-STEUERSYSTEME GMBH OR HCEE

PLEASE SELECT A OR B

A. _____ We, the jury, duly empaneled and sworn in the above-entitled cause, award plaintiff, Hetronic International, Inc., punitive damages against defendant, Hydronic-Steuersysteme GmbH, or HCEE, in the amount of $ _____.

OR

B. √ We, the jury, duly empaneled and sworn in the above-entitled cause, do not award plaintiff, Hetronic International, Inc., any punitive damages against defendant, Hydronic-Steuersysteme GmbH or HCEE.

## DEFENDANT ABITRON GERMANY GMBH

PLEASE SELECT A OR B

A. √ We, the jury, duly empaneled and sworn in the above-entitled cause, award plaintiff, Hetronic International, Inc., punitive damages against defendant, Abitron Germany GmbH, in the amount of $ 1,000,000.00.

OR

B. _____ We, the jury, duly empaneled and sworn in the above-entitled cause, do not award plaintiff, Hetronic International, Inc., any punitive damages against defendant, Abitron Germany GmbH.

## DEFENDANT ABITRON AUSTRIA GMBH

2

PLEASE SELECT A OR B

A. ___✓___ We, the jury, duly empaneled and sworn in the above-entitled cause, award plaintiff, Hetronic International, Inc., punitive damages against defendant, Abitron Austria GmbH, in the amount of $ __500,000.00__ .

OR

B. _____ We, the jury, duly empaneled and sworn in the above-entitled cause, do not award plaintiff, Hetronic International, Inc., any punitive damages against defendant, Abitron Austria GmbH.

## DEFENDANT ABI HOLDING GMBH
PLEASE SELECT A OR B

A. ___✓___ We, the jury, duly empaneled and sworn in the above-entitled cause, award plaintiff, Hetronic International, Inc., punitive damages against defendant, ABI Holding GmbH, in the amount of $ __1,000,000.00__ .

OR

B. _____ We, the jury, duly empaneled and sworn in the above-entitled cause, do not award plaintiff, Hetronic International, Inc., any punitive damages against defendant, ABI Holding GmbH.

## DEFENDANT ALBERT FUCHS
PLEASE SELECT A OR B

A. ___✓___ We, the jury, duly empaneled and sworn in the above-entitled cause, award plaintiff, Hetronic International, Inc., punitive damages against defendant, Albert Fuchs, in the amount of $ __8,221,664.00__ .

<u>OR</u>

B. \_\_\_\_\_ We, the jury, duly empaneled and sworn in the above-entitled cause, do not award plaintiff, Hetronic International, Inc., any punitive damages against defendant, Albert Fuchs.

### DATE AND SIGNATURE OF SECOND STAGE VERDICT FORM

3/2/2020
**DATED**

*Jill Clark*
**FOREPERSON**

14-0650p087 JI 2nd Stage verdict form.rev.docx