

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**
**OFFICE OF THE CLERK**
William J. Holloway, Jr. United States Courthouse
200 NW 4th Street, Room 1210
Oklahoma City, OK 73102
www.okwd.uscourts.gov
(405) 609-5000

CARMELITA REEDER SHINN
CLERK OF COURT

June 5, 2020

To All Parties of Record:

      Re:    Case No. CIV-14-650-F
              <u>Hetronic International, Inc. v. Hetronic Germany</u>

Dear Counsel:

      This is to advise that the Bill of Costs hearing for the referenced case has been set for July 16, 2020, at 10:00 a.m. The hearing will take place in the Clerk's Office, Room 1210, U.S. Courthouse. If there is no written objection filed to the Bill of Costs pursuant to Local Rule 54.1, the Clerk's Office will tax same in accordance with the Federal Rules of Civil Procedure and our Local Rules; and your appearances at such hearing will not be necessary. Counsel residing outside the Oklahoma City area may request to appear by telephone. See Clerk's Guidelines for Taxation of Costs at our court's website, www.okwd.uscourts.gov.

                         Sincerely,
                         CARMELITA REEDER SHINN
                         Clerk of Court

                         By:   <u>Ann Baskin</u>
                                 Deputy Clerk