**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**April 23, 2024**

**Christopher M. Wolpert**
**Clerk of Court**

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

_____

HETRONIC INTERNATIONAL, INC.,

    Plaintiff - Appellee,

v.

HETRONIC GERMANY GMBH; HYDRONIC-STEUERSYSTEME GMBH; ABI HOLDING GMBH; ABITRON GERMANY GMBH; ABITRON AUSTRIA GMBH; ALBERT FUCHS,

    Defendants - Appellants.

Nos. 20-6057 & 20-6100
(D.C. No. 5:14-CV-00650-F)
(W.D. Okla.)

_____

## JUDGMENT
_____

Before **PHILLIPS**, **MURPHY**, and **McHUGH**, Circuit Judges.
_____

This matter is before the court on a remand from the Supreme Court. This case originated in the Western District of Oklahoma and was argued by counsel.

The case is remanded to the United States District Court for the Western District of Oklahoma for further proceedings in accordance with the opinion of this court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk